AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Isaac Steve Sturgeon

_____
Defendant

) Case: 1:21-cr-00091
) Assigned To : Lamberth, Royce C.
) Assign. Date : 02/05/2021
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Isaac Steve Sturgeon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Digitally signed by G. Michael Harvey
Date: 2021.02.05 16:18:55 -05'00'

Date: 02/05/2021

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/21 , and the person was arrested on *(date)* 3/6/21
at *(city and state)* JFK Airport, Jamaica, N.Y.

Date: 3/6/21

DET. Shawn Russell
*Arresting officer's signature*

*Printed name and title*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>**Isaac Steve Sturgeon**<br>*Defendant* | )<br>)<br>)  Case No. 21-MJ-286<br>)<br>)  Charging District's Case No.<br>)<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/8/2021

*Isaac Steve Sturgeon*
*Defendant's signature*

*S/ Ashley Burrell*
*Signature of defendant's attorney*

S/ Ashley Burrell
*Printed name of defendant's attorney*

*Cheryl L. Pollak*

AB:TBM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE |
| - against - | <u>DISTRICT OF COLUMBIA</u> |
| ISAAC STEVE STURGEON, | (Fed R. Crim. P. 5) |
| Defendant. | Case No. 21-M-286 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

JULIA CHEN, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to investigate the events at the Capitol Building and grounds on January 6, 2021, duly appointed according to law and acting as such.

On or about February 5, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of ISAAC STEVE STURGEON on an Indictment charging him with violations of Title 18, United States Code, Sections 1512(c)(2) and 2 (obstruction of justice and aiding and abetting the same), 111(a)(1) (assaulting, resisting or impeding certain officers), 231(a)(3) (civil disorder), 1752(a)(1) (entering and remaining in a restricted building or grounds), 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), and 1752(a)(4) (engaging in physical violence in a restricted building or grounds), as well as 40 U.S.C. §§ 5104(e)(2)(E) (impeding

passage through the Capitol grounds or buildings) and 5104(e)(2)(F) (act of physical violence in the Capitol grounds or buildings).

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. On or about February 5, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of ISAAC STEVE STURGEON on an Indictment charging him with violations of Title 18, United States Code, Sections 1512(c)(2) and 2 (obstruction of justice and aiding and abetting the same), 111(a)(1) (assaulting, resisting or impeding certain officers), 231(a)(3) (civil disorder), 1752(a)(1) (entering and remaining in a restricted building or grounds), 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), and 1752(a)(4) (engaging in physical violence in a restricted building or grounds), as well as 40 U.S.C. §§ 5104(e)(2)(E) (impeding passage through the Capitol grounds or buildings) and 5104(e)(2)(F) (act of physical violence in the Capitol grounds or buildings). The arrest warrant and Indictment are attached hereto as Exhibits A and B, respectively.

2. As captured on D.C. Metropolitan Police Department ("MPD") Body Worn Camera ("BWC"), on January 6, 2021, STURGEON was on the grounds of the United States Capitol Building wearing a green jacket, green scarf, grey knit hat and dark backpack. Among other things, STURGEON and a group of others picked up a metal police barricade

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware. I am familiar with the facts and circumstances set forth herein from my own participation in the investigation, my review of the investigative file, and from my conversations with, and review of reports of, other law enforcement officers and agents.

and shoved the barricade into MPD officers. On January 16, 2021, the FBI posted to its website a photograph of STURGEON, among others, seeking the public's assistance in identifying him.

3. Through tips and open source searches, law enforcement identified several social media accounts associated with STURGEON, including an Instagram account with several pictures and comments describing the events at the Capitol on January 6, 2021. One of the photos posted on or about January 6, 2021 showed STURGEON among other protesters at the Capitol grounds, wearing the same outfit captured on the BWC footage.

4. Moreover, two individuals informed the FBI that they knew STURGEON. They provided STURGEON's contact information and identified him as the person in still images from the BWC. One of these individuals also identified STURGEON in photos from the above-described Instagram account. S/he stated that STURGEON traveled frequently and had access to numerous weapons. A Facebook account associated with STURGEON contains a photo, posted on or about November 28, 2020, showing STURGOEN carrying what appears to be a rifle.

5. Searches in public and law enforcement databases confirmed STURGEON's contact information. They also yielded a Department of Motor Vehicles ("DMV") profile for STUGEON. Law enforcement compared the DMV profile photo for STURGEON to the BWC footage and various social media accounts associated with STURGEON, and concluded that the footage and photos were of the same person.

6. On January 24, 2021, STURGEON traveled to Kenya, Africa. Thereafter, he purchased a return ticket to the United States departing on April 5, 2021. However, Kenyan authorities ordered STURGEON deported in advance of his return date. On

March 5, 2021, STURGEON flew to John F. Kennedy International Airport aboard Delta Flights 9522 and 49, and arrived on March 6, 2021 at approximately 12:45 p.m. He was arrested at the airport.

7.    At the time of his arrest, STURGEON had on his person a U.S. passport bearing the name "Isaac Steve Sturgeon," with a birth date and photo matching the STURGEON wanted in the District of Columbia.

8.    Based on the foregoing, I submit that there is probable cause to believe that the defendant ISAAC STEVE STURGEON is the Isaac Steve Sturgeon wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant ISAAC STEVE STURGEON be removed to the District of Columbia so that he may be dealt with according to law.

*Julia Chen*
———————————————
JULIA CHEN
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone this
  8  day of March, 2021

*Cheryl L. Pollak*
———————————————
THE HONORABLE CHERYL L. POLLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4

# Exhibit A

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Isaac Steve Sturgeon<br><br>_Defendant_ | ) Case: 1:21-cr-00091<br>) Assigned To : Lamberth, Royce C.<br>) Assign. Date : 02/05/2021<br>) Description: INDICTMENT (B) |
|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Isaac Steve Sturgeon                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  02/05/2021
_Issuing officer's signature_

City and state:  Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____
_Arresting officer's signature_

_Printed name and title_

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __Isaac Steve Sturgeon__

Known aliases: ____

Last known residence: __379 Badger Run Drive Dillon, MT  59725__

Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____

Last known telephone numbers: ____

Place of birth: ____

Date of birth: __010/11/1988__

Social Security number: ____

Height: ____   Weight: ____

Sex: ____   Race: ____

Hair: ____   Eyes: ____

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address:   __Federal Bureau of Investigation__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: ____

# Exhibit B

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEB 0 5 2021

Clerk, U.S. District and
Bankruptcy Courts

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-104 |
| | : | GRAND JURY ORIGINAL |
| | : | GRAND JURY ORIGINAL |
| ISAAC STEVE STURGEON | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1512(c)(2), 2 |
| Defendant | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(E) |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere,

ISAAC STEVE STURGEON

attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol Grounds without authority, engaging in disorderly and disruptive conduct, and committing an act of civil disorder.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia

**ISAAC STEVE STURGEON** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

(**Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.

UNITED STATES DISTRICT COURT
_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-MJ-286 |
| -v- | XX-CR-XXX (XXX) |
| \_Isaac Steve Sturgeon _____, Defendant(s). | ORDER |

\_Cheryl L. Pollak _____, United States District/Magistrate Judge:

This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government. *Id.* at 87. This obligation applies regardless of whether the defendant requests this information or whether the information would itself constitute admissible evidence. The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny. Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.[1]

---

[1] This Order does not purport to set forth an exhaustive list of the Government's disclosure obligations.

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. These obligations also apply to information that is otherwise subject to disclosure regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.[2]

For purposes of this Order, the Government has an affirmative obligation to seek all information subject to disclosure under this Order from all current or former federal, state, and local prosecutors, law enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose contempt or other sanctions on any lawyer responsible for violations of the Government's disclosure obligations, or refer the matter to disciplinary authorities;

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

---

[2] The Classified Information Procedures Act sets forth separate procedures to be followed in the event that the Government believes matters relating to classified information may arise in connection with the prosecution. *See* 18 U.S.C. app. 3 §§ 1 *et seq*.

3

SO ORDERED.

Dated: 03-08-2021
    [Arraignment ]

                                                           Cheryl L. Pollak

_____      United States District/Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00286-CLP All Defendants

Case title: USA v. Sturgeon

Date Filed: 03/08/2021
Date Terminated: 03/08/2021

Assigned to: Chief Magistrate Cheryl L. Pollak

### Defendant (1)

**Isaac Steve Sturgeon**
*TERMINATED: 03/08/2021*

represented by **Ashley Michelle Burrell**
The Federal Defenders of New York
1 Pierrepont Plaza- 16th Floor
Brooklyn, NY 11201
718-407-7408
Fax: 718-855-0760
Email: ashley_burrell@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:1512C.F, 18:1752.P,

### Disposition

### Plaintiff
**USA**

represented by **Tara Brigit McGrath**

DOJ-USAO
New York
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6454
Fax: 718-254-6454
Email: Tara.McGrath@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2021 | 1 | RULE 40 AFFIDAVIT by USA as to Isaac Steve Sturgeon (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | | Arrest (Rule 40) of Isaac Steve Sturgeon (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | 2 | WAIVER of Rule 5(c)(3) Hearing by Isaac Steve Sturgeon (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | 3 | CJA 23 Financial Affidavit by Isaac Steve Sturgeon (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | | Minute Entry for proceedings held before Chief Magistrate Cheryl L. Pollak: For a Removal hearing to the District of ColumbiaArraignment as to Isaac Steve Sturgeon (1) Count Complaint held on 3/8/2021, Attorney Appointment Hearing as to Isaac Steve Sturgeon held on 3/8/2021, Initial Appearance in Rule 5(c)(3) Proceedings as to Isaac Steve Sturgeon held on 3/8/2021. AUSA Tara McGrath; Federal Defender Ashley Burrell, Pretrial Officer Robert Stehle present. Waiver of removal hearing entered. Brady Act Rule 5 (f) entered on the record, written order to follow. Defense presented a bail package without property to secure the bond; The Government opposed the bond with securing property. The Court set bond in the amount of $250,000.00 with property and conditions as stated on the record. Defendant was released (FTR Log #3:27-4:27.) (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | 4 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. as to Isaac Steve Sturgeon. Ordered by Chief Magistrate Cheryl L. Pollak on 3/8/2021. (Sica, Michele) (Entered: 03/08/2021) |
| 03/08/2021 | 5 | ORDER Setting Conditions of Release as to Isaac Steve Sturgeon (1) 250,000. Ordered by Chief Magistrate Cheryl L. Pollak on 3/8/2021. (Attachments: # 1 page 2) (Sica, Michele) (Entered: 03/08/2021) |
| 03/11/2021 | 7 | MOTION to Modify Conditions of Release by Isaac Steve Sturgeon. (Yuen, Sui-May) (Entered: 03/11/2021) |
| 03/11/2021 | 8 | ORDER granting 7 Motion to Modify Conditions of Release as to Isaac Steve Sturgeon (1)Ordered by Chief Magistrate Cheryl L. Pollak on 3/11/2021. (Yuen, Sui-May) (Entered: 03/11/2021) |