UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                             ) | No. 21-091 (RCL) |
| ) | |
| ISAAC STEVE STURGEON,  ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Maria Jacob on behalf of the defendant, Isaac Steve Sturgeon, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org