# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-91-02 (RCL) |
| | : | |
| **ISAAC STEVE STURGEON,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO ADD DEFENDANT ISAAC STURGEON TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

The United States of America hereby moves to add Defendant Isaac Sturgeon to the government's unopposed motion for a protective order, filed on April 20, 2021. See ECF 25. The United States and counsel for Defendant Isaac Sturgeon have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Mr. Sturgeon does not oppose this motion or the entry of the attached protective order.

In lieu of the proposed protective order previously filed on April 20, 2021, see ECF 25-1, the government hereby respectfully moves the Court for the entry of the attached protective order, which adds to the proposed order Defendant Isaac Sturgeon.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar Number 415793

By: /s/ Angela N. Buckner
Angela N. Buckner
D.C. Bar No. 1022880
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 10-108
Washington, D.C. 20530
(202) 252-2656
Angela.Buckner@usdoj.gov