UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-91 |
| | : | |
| CRAIG MICHAEL BINGERT, | : | |
| ISAAC STEVE STURGEON, and | : | |
| TAYLOR JAMES JOHNATAKIS, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.

The United States conferred with counsel for the defendants regarding this motion and none object.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                D.C. Bar Number 415793

By:    */s/ Angela N. Buckner*
           Angela N. Buckner
           D.C. Bar No. 1022880
           Assistant United States Attorney
           United States Attorney's Office
           555 Fourth Street, N.W., Room 10-108
           Washington, D.C. 20530
           (202) 445-8340
           Angela.Buckner@usdoj.gov