UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Case No. 21-cr-91 |
| : | |
| CRAIG MICHAEL BINGERT, : | |
| ISAAC STEVE STURGEON, and : | |
| TAYLOR JAMES JOHNATAKIS, : | |
| : | |
| Defendants.    : | |

# ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.

Date: _____

HONORABLE ROYCE C. LAMBERTH
United States District Judge