UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-091 (RCL) |
| | ) |
| ISAAC STURGEON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Release, it is on this 13th day of July 2021

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current conditions of release be modified to remove the condition that the defendant be subject to location monitoring.

Dated 13th day of July, 2021.

Royce C. Lamberth
Honorable Royce C. Lamberth
Senior United States District Judge