UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  No. 20-091 (RCL) |
| | ) |
| ISAAC STURGEON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed oral Motion to Modify Conditions of Release and upon discussions had at the August 5, 2021 status conference, it is on this __16th__ day of _August_ 2021

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current conditions of release be modified to remove the condition that the defendant be required to comply with a curfew.

Dated __16th__, day of _August_ 2021.

_Royce C. Lamberth_
Honorable Royce C. Lamberth
Senior United States District Judge