UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**CRAIG BINGERT et al.,**<br><br>　　　　Defendants. | Case No. 1:21-cr-00091-RCL |

### ORDER GRANTING AGREED MOTION TO CONTINUE STATUS CONFERENCE

THIS MATTER, having come before the Court on an agreed motion to continue the status hearing currently set for Monday, September 27, 2021, and the Court having considered the facts set forth in the motion and the records and files herein, the Court hereby ORDERS that the currently scheduled hearing date is stricken and that the hearing is reset to _____.

　　　DONE this \_\_\_\_\_ day of _____, 2021.

_____
The Honorable Royce C. Lamberth
United States District Judge