UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 21-cr-91 (RCL) |
| : | |
| **CRAIG MICHAEL BINGERT,** : | |
| **ISAAC STEVE STURGEON, and** : | |
| **TAYLOR JAMES JOHNATAKIS,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of the following:

To illustrate the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has, in several cases, filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.

The government requests that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2. Memorandum Regarding Status of Discovery as of August 23, 2021; and

3. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Emily A. Miller*
    EMILY A. MILLER
    Capitol Breach Discovery Coordinator
    DC Bar No. 462077
    United States Attorney's Office
    555 Fourth Street, N.W., Room 5826
    Washington, DC 20530
    Emily.Miller2@usdoj.gov
    (202) 252-6988

By:   */s/ Angela N. Buckner*
    ANGELA N. BUCKNER
    Assistant United States Attorney
    D.C. Bar No. 1022880
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Angela.Buckner@usdoj.gov
    (202) 252-2656