UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

CRAIG MICHAEL BINGERT *et al.*,

    *Defendants*.

Case No. 1:21-cr-00091-RCL

## ORDER

It is hereby ORDERED that the following schedule shall apply:

- Defendants shall file their motion(s) to dismiss by December 7, 2021;
- The government shall file their response(s) by December 21, 2021; and
- Defendants shall file any reply by January 11, 2022.

It is **SO ORDERED**.

Date: October 19, 2021

Hon. Royce C. Lamberth
United States District Judge