UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-91 (RCL) |
| : | |
| CRAIG MICHAEL BINGERT, : | |
| ISAAC STEVE STURGEON, and : | |
| TAYLOR JAMES JOHNATAKIS, : | |
| : | |
| Defendants. : | |

**ORDER**

This matter having come before the Court pursuant to a Consent Motion to Extend Filing Deadline, it is therefore

ORDERED that, for good cause shown, the government's motion to extend its filing deadlines is granted;

FURTHER ORDERED that, the government's response is due by January 4, 2022 and any replies due are due by January 18, 2022.

It Is So Ordered.

_____
Honorable Royce C. Lamberth
United States District Judge

Entered: _____