UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 21-CR-91 (RCL)
:
CRAIG MICHAEL BINGERT, :
ISAAC STEVE STURGEON, and :
TAYLOR JAMES JOHNATAKIS, :
:
Defendants. :

## ORDER

This matter having come before the Court pursuant to a Consent Motion to Extend Filing Deadline, it is therefore

ORDERED that, for good cause shown, the government's motion to extend its filing deadlines is granted;

FURTHER ORDERED that, the government's response is due by January 4, 2022 and any replies due are due by January 18, 2022.

It Is So Ordered.

_____
Honorable Royce C. Lamberth
United States District Judge

Entered: 12/14/21