UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-091 (RCL) |
| | ) | |
| **ISAAC STURGEON,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## NOTICE OF PUBLIC AUTHORITY DEFENSE

Mr. Sturgeon, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of some of the alleged offenses. Mr. Sturgeon submits that, on or about January 6, 2021, he was and believed he was directed and authorized to march to the Capitol building and enter the Capitol Grounds by Donald J. Trump and his various agents and representatives. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

 /s/
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1