IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-0091-RCL-01 |
| | : | |
| **CRAIG MICHAEL BINGERT, et al.** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the motion for to Dismiss Counts 4, 5, 6, 7 & 8 as Multiplicitous, opposition thereto, and for good cause shown, it is hereby this _____ day of _____, 2022, the motion is GRANTED.

Counts 4, 5, 6, 7 & 8 of the Superseding Indictment are dismissed.

_____
*Judge,*
U. S. District Court for the District of Columbia

1