UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ISAAC STURGEON, )<br>)<br>**Defendant** )<br>_____ ) | No. 21-cr-091 (RCL) |

### DEFENDANT ISAAC STURGEON'S MOTION FOR JOINDER

COMES NOW Defendant, Isaac Sturgeon, by and through undersigned counsel, hereby respectfully moves to join defendant Craig Michael Bingert's Motion to Dismiss (Dkt. No. 87). As grounds, Mr. Sturgeon states as follows:

1. Isaac Sturgeon, along with co-defendant's Craig Bingert and Taylor Johnatakis, are charged in all eight counts of the Superseding Indictment (Dkt. No. 53).

2. The facts and circumstances set forth in Mr. Bingert's Motion to Dismiss are equally applicable to Mr. Sturgeon.

3. Mr. Sturgeon respectfully requests that the Court allow him to join this motion filed by co-defendant Craig Bingert in the interests of judicial efficiency.

4. Mr. Sturgeon seems the same relief applicable to him in the event that this motion is granted by the Court.

Wherefore, for the foregoing reasons, Mr. Sturgeon, hereby respectfully moves to join Craig Bingert's Motion to Dismiss (Dkt. No. 87).

Respectfully submitted,

1

2

                                                A.J. KRAMER  
                                                FEDERAL PUBLIC DEFENDER

                                                _____/s/_____  
                                                Maria N. Jacob  
                                                Assistant Federal Public Defender  
                                                625 Indiana Ave., N.W., Suite 550  
                                                Washington, D.C.  20004  
                                                (202) 208-7500