UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-091 (RCL) |
| ) | |
| ISAAC STURGEON ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the motion for joinder filed by defendant Isaac Sturgeon, and for good cause shown, it is hereby this _____ day of \_\_\_\_\_, 2022

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Isaac Sturgeon is permitted to join Craig Bingert's Motion to Dismiss (Dkt. No. 87).

Dated _____, day of _____, 2022.

_____
Honorable Royce C. Lamberth
Senior United States District Judge