IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS,

Defendants.

Case No.: 1:21-cr-00091-RCL

## ORDER

Upon consideration of the United States' unopposed motion for leave to file certain transcripts under seal, the Court finds that filing the transcripts under seal in this case is necessary to ensure compliance with the Court's "Transcript Filing Instructions for Attorneys and Pro Se Litigants" effective May 19, 2008 (available at https://www.dcd.uscourts.gov/sites/dcd/files/Transcript-Policy.pdf). Accordingly, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that the transcripts of the voir dire proceedings in *United States v. Webster*, No. 21-cr-208 shall be, and hereby are, accepted for filing under seal in this case. It is further

ORDERED that nothing herein shall affect the public availability of the above-referenced transcripts.

Date: 12/6/22

The Honorable Royce C. Lamberth
UNITED STATES DISTRICT JUDGE