# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-091 (RCL) |
| ) | |
| ISAAC STURGEON ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Unopposed Motion to Continue by defendant Isaac Sturgeon, and for good cause shown, it is hereby this _____ day of _____, 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the trial currently scheduled for May 15, 2023, is vacated and that a status hearing be set for _____, _____, 2023, in order to schedule a new date for trial and other trial deadlines.

Dated _____, day of _____, 2023.

_____
Honorable Royce C. Lamberth
Senior United States District Judge