# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.: 21 CR 91 |
| v. | |
| CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS, | |

## NOTICE OF APPEARANCE

The UNITED STATES OF AMERICA, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Courtney A. Howard, who may be contacted by telephone at 202-514-3130 or email at Courtney.Howard2@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:     */s/ Courtney A. Howard*
Courtney A. Howard
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

On this 13th day of March 2023, a copy of the foregoing was served upon all

parties listed on the Electronic Case Filing (ECF) System.

By:     <u>*/s/ Courtney A. Howard*</u>
Courtney A. Howard
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov