UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-91 (RCL) |
| | : | |
| CRAIG MICHAEL BINGERT, | : | |
| ISAAC STEVE STURGEON, and | : | |
| TAYLOR JAMES JOHNATAKIS, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION FOR TRIAL SCHEDULING ORDER

The United States of America, by and through its attorney Matthew M. Graves, the United States Attorney for the District of Columbia, and Defendants Craig Michael Bingert and Isaac Steve Sturgeon, by and through their attorneys, Allen Orenberg and Maria Jacob, respectively, hereby submit the attached joint proposed trial scheduling order pursuant to this Court's request at the March 23, 2023 status hearing.[1]

Respectfully submitted,

CRAIG BINGERT
Defendant

By: */s/ Allen Orenberg*
ALLEN ORENBERG
The Orenberg Law Firm
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
DC Bar No. 395519

ISAAC STURGEON
Defendant

By: */s/ Maria Jacob*
MARIA JACOB
Office of the Federal Public Defender
625 Indiana Ave, N.W.
Washington, DC 20004

MATTHEW M. GRAVES
United States Attorney

By: */s/ Kaitlin Klamann*
KAITLIN KLAMANN
COURTNEY A. HOWARD
601 D Street N.W.
Washington, D.C. 20530

---

[1] Counsel for defendant Sturgeon filed a second motion to continue trial yesterday, March 29, 2023 (*see* D.E. 120). In the event that the trial is not continued, counsel agrees to the dates in the attached proposed order.