UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:　　　Case No. 21-CR-91 (RCL)
　　　　　　　　　　　　　　　　　　:
CRAIG MICHAEL BINGERT,　　　　　:
ISAAC STEVE STURGEON, and　　　 :
TAYLOR JAMES JOHNATAKIS,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　 :

## TRIAL SCHEDULING ORDER

1. **TRIAL**: Trial of Defendants Bingert and Sturgeon will begin on **May 15, 2023**.

2. **EXPERT WITNESSES**. The parties shall disclose any expert witnesses in accordance with Fed. R. Crim. Pro 16 by **April 24, 2023**.

3. **FED. R. EVID. 404(b) NOTICE**.  If the United States intends to offer Rule 404(b) evidence, the United States shall provide notice of this evidence on or before **April 24, 2023**.

4. **EXHIBIT LISTS**. The parties shall exchange lists of exhibits they intend to use in their cases-in-chief by **May 5, 2023**.

5. *GIGLIO* **AND JENCKS ACT MATERIAL**. The United States shall provide material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, on or before **May 5, 2023**, and has agreed to provide material pursuant to the Jencks Act, 18 U.S.C. § 3500 on or before the same date.

6. **MOTIONS** *IN LIMINE*. All motions *in limine* shall be filed on or before **May 1, 2023**. Responses shall be filed not later than **May 8, 2023**.  Any replies shall be due **May 10, 2023**.

7. **PROPOSED JURY INSTRUCTIONS AND VOIR DIRE**. Counsel shall file
proposed jury instructions and *voir dire* on or before **May 12, 2023**.

8. **PRETRIAL CONFERENCE**.  A pretrial conference will be held on or after **May 10, 2023**.


Date: _____, 2023                    _____
                                             HONORABLE ROYCE C. LAMBERTH
                                             UNITED STATES DISTRICT JUDGE

4