UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 21-CR-91 (RCL)
:
CRAIG MICHAEL BINGERT, :
ISAAC STEVE STURGEON, and :
~~TAYLOR JAMES JOHNATAKIS,~~ :
:
Defendants. :

## TRIAL SCHEDULING ORDER

1. **TRIAL**: Trial of Defendants Bingert and Sturgeon will begin on **May 15, 2023**.

2. **EXPERT WITNESSES**. The parties shall disclose any expert witnesses in accordance with Fed. R. Crim. Pro 16 by **April 24, 2023**.

3. **FED. R. EVID. 404(b) NOTICE**. If the United States intends to offer Rule 404(b) evidence, the United States shall provide notice of this evidence on or before **April 24, 2023**.

4. **EXHIBIT LISTS**. The parties shall exchange lists of exhibits they intend to use in their cases-in-chief by **May 5, 2023**.

5. ***GIGLIO* AND JENCKS ACT MATERIAL**. The United States shall provide material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, on or before **May 5, 2023**, and has agreed to provide material pursuant to the Jencks Act, 18 U.S.C. § 3500 on or before the same date.

6. **MOTIONS *IN LIMINE***. All motions *in limine* shall be filed on or before **May 1, 2023**. Responses shall be filed not later than **May 8, 2023**. Any replies shall be due **May 10, 2023**.

3

7. **PROPOSED JURY INSTRUCTIONS AND VOIR DIRE.** Counsel shall file proposed jury instructions and *voir dire* on or before **May 12, 2023**.

8. **PRETRIAL CONFERENCE.** A pretrial conference will be held on or after **May 10, 2023**.

Date: _April 12_, 2023

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

4