CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21cr191-2 |
| ) | |
| ISAAC STEVE STURGEON ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_/s/ Isaac S Sturgeon_
Defendant

_Maria Jacob_
Counsel for Defendant

I consent:

_/s/ Kaitlin Klamann_
Assistant United States attorney

Approved:

_____          Date: _____

Royce C. Lamberth

United States District Judge