# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. : 21-CR-00091 (RCL) |
| **ISAAC STURGEON,** | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Ned Smock as co-counsel. Please send copies of all notice and inquiries to this attorney at the address listed.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    /s/
    _____
    Ned Smock
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500
    ned_smock@fd.org