# ATTACHMENT A

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Diego Torres, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the United States Senate Recording Studio ("PROVIDER"), and my title is Broadcast Technician. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

i. SENATE_FLOOR_010621_806PM_0346AM
ii. SENATE_FLOOR_010621_1329P_1414P (1)
iii. SEN_FL_010621_2006_0346_TC
iv. SEN_FL_010621_1230_1329_TC
v. SEN_FL_010621_1329_1414_TC
vi. 2021_01_06_ISOCAM1_SENFL
vii. 2021_01_06_ISOCAM4_SENFL_2
viii. 2021_01_06_ISOCAM5_SENFL_1
ix. 2021_01_06_ISOCAM6_SENFL_1
x. 2021_01_06_ISOCAM8_SENFL

I further state that:

a. all records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b. such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

12/10/2021
Date

_____
Signature