**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MICHAEL BINGERT and<br>ISAAC STEVE STURGEON,<br><br>*Defendants.* | Case Nos. 1:21-cr-91-1-RCL,<br>1:21-cr-91-2-RCL |

## ORDER

It is hereby **ORDERED** that Defendant Bingert's Motion [86] to Join Defendant Sturgeon's Motions to Transfer Venue and Motion to Compel Discovery is **GRANTED**.

It is further **ORDERED** that Defendant Sturgeon's Sealed Motion [102] for Leave to File an Exhibit Under Seal is **GRANTED**.

Furthermore, for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that Defendants' Motion [83] to Compel Discovery is **GRANTED** in part and **DENIED** in part. Specifically, to the extent that the government is aware of any case-specific evidence in its existing disclosures that falls within the following categories, it is **ORDERED** to identify that evidence to the defense within 24 hours of the entry of this Order if it has not already done so:

1. the decision to declare parts of the Capitol Grounds and Complex restricted (including identification of any such restricted area and mechanisms used to delineate restricted areas);

2. any steps taken to communicate restricted areas to the public; and

3. the status of any sign postings, racks, cordons, or other restrictions after the certification proceedings were halted.

The Court will not order any further disclosures.

1

**IT IS SO ORDERED.**

Date: May __2__, 2023

_____
Royce C. Lamberth
United States District Judge