UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| ISAAC STURGEON   v. | : | Case No. 21-cr-91 (RCL) |
| | : | |
| | : | |

### DEFENDANT'S MOTION FOR ORDER DIRECTING THE USMS TO ARRANGE AND INCUR COSTS FOR WITNESS'S TRAVEL

Pursuant to 28 U.S.C. § 1821, and the Fifth and Sixth Amendments to the U.S. Constitution, Mr. Sturgeon respectfully moves this Honorable Court to issue the attached Order directing the United States Marshals Service (USMS) to arrange the transportation and pay the travel expenses of defense witness Edward Jones in the same manner as witnesses appearing on behalf of the government.

Undersigned counsel has already provided notice to the government and to co-defendant counsel regarding this anticipated witness and has advised that he will be introduced as a character witness on behalf of Mr. Sturgeon.

### CONCLUSION

For the foregoing reasons, defendant Isaac Sturgeon requests the Court to grant his Motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
Maria N. Jacob
Edward Smock
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

2