**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-91 (RCL)** |
| | : | |
| **CRAIG MICHAEL BINGERT, and** | : | |
| **ISAAC STEVE STURGEON,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S SUPPLEMENT TO RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO COMPEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Supplement to its Response in Opposition (Dkt. Entry 98) to defendant Sturgeon's Motion to Compel (Dkt. Entry 83), which was joined by defendant Bingert (Dkt. Entry 86). In the defendants' Motion to Compel, they requested discovery of "[a]ny Secret Service and/or Capitol Police communications…specifically, pertaining to… (6) the identity/actions of any law enforcement personnel who encouraged activity among the crowd at the Capitol or Capitol Grounds on January 6, 2021." Dkt. Entry 83, at 2. In opposing this request on December 6, 2022, at the time, the government stated that it "does not have any information that law enforcement personnel 'encouraged activity among the crowd.'" Dkt. Entry 98, at 9. Since that time, the undersigned counsel have learned that certain video recordings taken by members of the Metropolitan Police Department's (MPD) Electronic Surveillance Unit (ESU)—which were disclosed in global discovery to all defendants, including Bingert and Sturgeon, in January 2022 (65 videos) and April 2023 (two videos)—include statements and actions by plainclothes MPD officers in the crowd, as described in further detail at *United States v. Pope, et al.*, D.D.C. Case No. 21-cr-128-RC (Dkt. 90, at 2).

1

Undersigned counsel has not located any evidence indicating that these events took place within the vicinity of defendants Bingert and Sturgeon.  The evidence—which is in the defendants' possession already as part of global discovery—does not relate specifically to their case, and undersigned counsel is aware of no indication that Bingert or Sturgeon saw or heard these officers' statements or actions on that day. Nevertheless, out of an abundance of caution, we supplement the record to advise the Court and the defendants of this information.

<div style="margin-left: 40%;">

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

</div>

By:     */s/ Kaitlin Klamann*
        KAITLIN KLAMANN
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        IL Bar No. 6316768
        (202) 252-6778
        Kaitlin.klamann@usdoj.gov

By:     */s/ Courtney A. Howard*
        COURTNEY A. HOWARD
        Trial Attorney, Criminal Division
        Detailed to the U.S. Attorney's Office
        601 D Street NW
        Washington, D.C. 20001
        NY Bar No. 4513909
        202-514-3130
        Courtney.Howard2@usdoj.gov