CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
          vs.                         )    Criminal Case No.: 21cr191-2
                                      )
ISAAC STEVE STURGEON                  )
                                      )
                                      )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_/s/ Isaac S Sturgeon_
Defendant

_Maria Jacob_
Counsel for Defendant

I consent:

_/s/ Kaitlin Klamann_
Assistant United States attorney

Approved:

_Royce C. Lamberth_          Date: 5/11/23
Royce C. Lamberth
United States District Judge