UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

:

v.                         Case No. 21-cr-91 (RCL)

:

ISAAC STURGEON :

**ORDER WITH RESPECT TO EDWARD JONES**

Upon consideration of the Defendant, Mr. Sturgeon's Motion for Order Directing the USMS to Arrange and Incur Costs for Witness's Travel,

It is *ORDERED* that Mr. Sturgeon's motion is *GRANTED*.

It is further *ORDERED* that pursuant to 28 U.S.C. § 1821, the United States Marshal Service is directed to make the necessary travel and lodging arrangements, and reimburse other travel expenses and fees for defense witness **Edward Jones** to attend Mr. Sturgeon's trial, set to begin on May 15, 2023.

It is further *ORDERED* that all costs and witness fees shall be paid to Edward Jones in the same manner as those paid to witnesses called to appear on behalf of the United States government.

5/10/23

Date

The Honorable Royce C. Lamberth
Senior United States District Judge