# GOVERNMENT EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                           Criminal Action
                    Plaintiff(s),            No. 21-0203 (JDB)
 4           v.
                                             Washington, D.C.
 5   ALEXANDER SHEPPARD,
                                             January 26, 2023
 6                  Defendant(s).
     ---------------------------------------------------------
 7                      JURY TRIAL - DAY 5
                  BEFORE THE HONORABLE JOHN D. BATES
 8                  UNITED STATES DISTRICT JUDGE

 9   APPEARANCES:

10   FOR THE PLAINTIFF(S):   Craig Estes, Esquire
                             United States Attorney's Office
11                           John Joseph Moakley Federal Courthouse
                             One Courthouse Way
12                           Boston, Massachusetts 02210

13                           Sonia Mittal, Esquire
                             United States Attorney's Office for the
14                            District of Columbia
                             555 Fourth Street Northwest
15                           Washington, D.C. 20530

16   FOR THE DEFENDANT(S):   Maria Jacob, Esquire
                             Public Defender's Office
17                           625 Indiana Avenue Northwest
                             Suite 550
18                           Washington, D.C. 20004

19                           Michelle Peterson, Esquire
                             The Public Defender Service
20                           633 Indiana Avenue Northwest
                             Suite 220
21                           Washington, D.C. 20004

22   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
23                           333 Constitution Avenue NW
                             Washington, D.C. 20001
24                           tammy_nestor@dcd.uscourts.gov

25
```

1  Mr. Sheppard guilty of the obstruction of an official
2  proceeding as an aider and abettor.
3          The government must prove beyond a reasonable doubt
4  that Mr. Sheppard in some way participated in the offense
5  committed by others as something he wished to bring about and
6  to make succeed.
7          Count 2 of the indictment charges Mr. Sheppard with
8  entering and remaining in a restricted building and grounds.
9  In order to find Mr. Sheppard guilty of this offense, you must
10 find that the government proved each of the following two
11 elements beyond a reasonable doubt:
12         First, Mr. Sheppard entered or remained in a
13 restricted building or grounds without lawful authority to do
14 so.
15         Second, Mr. Sheppard did so knowingly, meaning he knew
16 that the building or grounds was restricted and he knew he
17 lacked lawful authority to enter or remain there.
18         The term restricted building or grounds means any
19 posted, cordoned off, or otherwise restricted area of a
20 building or grounds where a person protected by the Secret
21 Service is temporarily visiting.
22         The term person protected by the Secret Service
23 includes the vice president and the immediate family of the
24 vice president.
25         The term knowingly has the same meaning as in the