| | | |
|---|---|---|
| Government ✓ | USA | Civil/Criminal No. 21-CR-91 |
| Plaintiff ☐ | VS. | |
| Defendant ☐ | Bingert et al | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 | 0920 Upper West Terrace 2:47 p.m. timestamp | 5.15.23 | ✓ | — | |
| 102 | 0920 Upper West Terrace 3:19 p.m. timestamp | | | | |
| 201 | Body-worn camera footage of MPD Officer Michael Howden | | | | |
| 201A | Clip | 5.15.23 | ✓ | — | |
| 201A.1 | Screenshot | | ✓ | — | |
| 201A.2 | Screenshot | | ✓ | — | |
| 201A.3 | Screenshot | ⊥ | ✓ | — | |
| 202 | Body-worn camera footage of MPD Captain David Augustine | | | | |
| 202A | Clip | 5.15.23 | ✓ | — | |
| 203 | Body-worn camera footage of MPD Officer Josamarie Militar | | | | |
| 203A | Clip | 5.15.23 | ✓ | — | |
| 203A.1 | Screenshot | ⊥ | ✓ | — | |
| 204 | Body-worn camera footage of MPD Officer Juan Gonzalez | | | | |
| 204A | Clip | 5.15.23 | ✓ | — | |
| 204A.1 | Screenshot | | ✓ | — | |
| 204A.2 | Screenshot | | ✓ | — | |
| 204A.3 | Screenshot | ⊥ | ✓ | — | |
| 205 | Body-worn camera footage of MPD Officer Marc D'Avignon | | | | |
| 205A | Clip | 5.15.23 | ✓ | — | |
| 205A.1 | Screenshot | | ✓ | — | |
| 205A.2 | Screenshot | | ✓ | — | |
| 205A.3 | Screenshot | ⊥ | ✓ | — | |

| Government | ✓ | USA | | Civil/Criminal No. | 21-CR-91 |
| Plaintiff | | | VS. | | |
| Defendant | | Bingert et al | | | |
| Joint | | | | | |
| Court | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 205A.4 | Screenshot | 5.15.23 | ✓ | — | |
| 206 | Body-worn camera footage of MPD Officer Chadd Livezey | | | | |
| 206A | Clip | 5.15.23 | ✓ | — | |
| 206A.1 | Screenshot | | ✓ | — | |
| 206A.2 | Screenshot | | ✓ | — | |
| 206A.3 | Screenshot | | ✓ | — | |
| 206A.4 | Screenshot | | ✓ | — | |
| 206A.5 | Screenshot | | ✓ | — | |
| 206A.6 | Screenshot | | ✓ | — | |
| 207 | Body-worn camera footage of MPD Officer David Leaty | | | | |
| 207A | Clip | 5.15.23 | ✓ | — | |
| 207A.1 | Screenshot | | ✓ | — | |
| 207A.2 | Screenshot | | ✓ | — | |
| 208 | LEFT BLANK | | | | |
| 209 | Body-worn camera footage of MPD Officer Aida Rodriguez | | | | |
| 209A | Clip | 5.15.23 | ✓ | — | |
| 209A.1 | Screenshot | | ✓ | — | |
| 210 | Body-worn camera footage of MPD Sgt Richard Rice | | | | |
| 210A | Clip | 5.15.23 | ✓ | — | |
| 210A.1 | Screenshot | | ✓ | — | |
| 211 | Body-worn camera footage of MPD Officer Mark Mullen | | | | |

| Government | ✓ | USA | | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | vs. | | Civil/Criminal No. | 21-CR-91 |
| Defendant | ☐ | Bingert et al | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 211A | Clip | 5.15.23 | ✓ | — | |
| 211A.1 | Screenshot | | ✓ | — | |
| 211A.2 | Screenshot | | ✓ | — | |
| 212 | Body-worn camera footage of MPD Officer Kevin Peralta | | | | |
| 212A | Clip | 5.15.23 | ✓ | — | |
| 212A.1 | Screenshot | | ✓ | — | |
| 212A.2 | Screenshot | | ✓ | — | |
| 212A.3 | Screenshot | | ✓ | — | |
| 212A.4 | Screenshot | | ✓ | — | |
| 212A.5 | Screenshot | | ✓ | — | |
| 213 | Body-worn camera footage of MPD Officer Robert Brown | | | | |
| 213A | Clip | 5.15.23 | ✓ | — | |
| 214 | Body-worn camera footage of MPD Officer Lamar Jefferson | | | | |
| 214A | Clip | 5.15.23 | ✓ | — | |
| 214A.1 | Screenshot | | ✓ | — | |
| 214A.2 | Screenshot | | ✓ | — | |
| 215 | Body-worn camera footage of MPD Officer Glenn Lombardini | | | | |
| 215A | Clip | 5.15.23 | ✓ | — | |
| 215A.1 | Screenshot | | ✓ | — | |
| 215B | Clip | | ✓ | — | |
| 215B.1 | Screenshot | | ✓ | — | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Bingert et al

Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 216 | Body-worn camera footage of MPD Officer Analee Jimenez | 5·15·23 | ✓ | — | |
| 216A | Clip | | | | |
| 216A.1 | Screenshot | 5·15·23 | ✓ | R. ORTEGA | |
| 217 | Body-worn camera footage of MPD Officer Andre Davis | | | | |
| 217A | Clip | 5·15·23 | ✓ | — | |
| 301 | American Summer Video | | | | |
| 302 | Dailymotion Stringr Video | | | | |
| 303 | Facebook K.L. Video | | | | |
| 304 | Will Allen-DuPraw All Footage Part 2 | | | | |
| 305 | Parler wRoeO6Atunin Video | | | | |
| 306 | YouTube Chinese Title Video | | | | |
| 307 | YouTube MoCo Conservative Video | | | | |
| 308 | YouTube ABQ RAW People Storm the US Capitol Video | | | | |
| 309 | YouTube Cheeks Video | | | | |
| 310 | YouTube The Convo Couch Video | | | | |
| 311 | YouTube DC 1/6/21 (2) Video | | | | |
| 312 | YouTube Hallie Calvert Video | | | | |
| 313 | YouTube January 6 Capitol Insurrection Variety Show | | | | |
| 314 | YouTube Sputnik Video | | | | |

| Government | ✓ | USA | | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-91 |
| Defendant | ☐ | Bingert et al | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 314A | Still image from YouTube Sputnik Video | | | | |
| 314B | Still image from YouTube Sputnik Video | | | | |
| 315 | YouTube Storyful Rights Management Video | | | | |
| 316 | Video of Giuliani and Eastman Speeches | | | | |
| 317 | Transcript of Guiliani and Eastman Speeches | | | | |
| 318 | Video of then-President Trump Speech | 5.16.23 | ✓ | J.CHeN | |
| 319 | Transcript of then-President Trump Speech | | | | |
| 401 | American Summer Video | | | | |
| 401A | Screenshot | | | | |
| 402 | Dailymotion Stringr Video | | | | |
| 403 | Facebook K.L. Video | | | | |
| 404 | Will Allen-DuPraw All Footage Part 2 | | | | |
| 404A | Screenshot | | | | |
| 405 | Parler wRoeO6Atunin Video | 5.16.23 | ✓ | J.CHeN | |
| 406 | YouTube Chinese Title Video | | | | |
| 407 | YouTube MoCo Conservative Video | | | | |
| 408 | YouTube ABQ RAW People Storm the US Capitol Video | 5.15.23 | ✓ | — | |
| 409 | YouTube Cheeks Video | 5.16.23 | ✓ | J.CHeN | |

| Government | ✓ | USA | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | Civil/Criminal No. | 21-CR-91 |
| Defendant | ☐ | Bingert et al | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 410 | YouTube The Convo Couch Video | 5-23-23 | ✓ | C. BINGERT | |
| 410A | Screenshot | | | | |
| 410B | Screenshot | | | | |
| 411 | YouTube DC 1/6/21 (2) Video | 5-16-23 | ✓ | J. CHEN | |
| 411A | Screenshot | | | | |
| 412 | YouTube Hallie Calvert Video | 5-16-23 | ✓ | J. CHEN | |
| 412A | Screenshot | | | | |
| 413 | YouTube January 6 Capitol Insurrection Variety Show | | | | |
| 501 | Senate and House Official Proceeding Compilation Video | 5-17-23 | ✓ | K. JONES | |
| 502 | Certificate of Authenticity of Senate Recording Studio Videos | | | | |
| 503 | Certificate of Authenticity of House Recording Studio Videos | | | | |
| 504 | U.S. Constitution Amendment XII | 5-17-23 | ✓ | K. JONES | |
| 505 | 3 U.S.C. Section 15 | | ✓ | | |
| 506 | 3 U.S.C. Section 16 | | ✓ | | |
| 507 | 3 U.S.C. Section 17 | | ✓ | | |
| 508 | 3 U.S.C. Section 18 | | ✓ | | |
| 509 | Senate Concurrent Resolution | | ✓ | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Bingert et al

Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 510 | Congressional Record – Senate (Vol. 167, No. 4, S13, S14, S18) | 5·17·23 | ✓ | K. JONES | |
| 511 | Congressional Record – House (Vol. 167, No. 4, H75, H76, H84, H85) | ⌐ | ✓ | ⌐ | |
| 601 | Compilation video/west front time lapse video | 5·15·23 | ✓ | R. ORTEGA | |
| 602 | Photograph of U.S. Capitol with signs | ⌐ | ✓ | ⌐ | |
| 603 | Photograph of "AREA CLOSED" sign | | | | |
| 604 | Aerial photograph of the Capitol Building and Grounds | | | | |
| 605 | Map of Restricted Perimeter | 5·15·23 | ✓ | R. ORTEGA | |
| 606 | US Capitol Grounds map | | | | |
| 607 | Still of 3D Model of US Capitol | | | | |
| 608 | Overhead view of US Capitol | 5·17·23 | ✓ | K. JONES | |
| 609 | Still of 3D Model of West Front of US Capitol | 5·15·23 | ✓ | R. ORTEGA | |
| 610 | Still of 3D Model Overhead View of West Front | | ✓ | | |
| 611 | Still of 3D Model of US Capitol West Front | | ✓ | | |
| 612 | Area Closed Sign Photograph | ⌐ | ✓ | ⌐ | |
| 701 | HOS Notification Email – Visit of VP Pence and Family | 5·16·23 | ✓ | L. HAWA | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

USA vs. Bingert et al    Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 702 | USSS HOS Notification – VP President Pence 01.06.21 9 (REDACTED) | 5.16.23 | ✓ | L. HAWA | |
| 703 | USSS-3 – Video of VP Pence departing Senate members staircase | | ✓ | | |
| 704 | USSS-2 – Video of East Side of the Capitol: VP vehicles moving | ↓ | ✓ | ↓ | |
| 705 | E.G. Radio Communication (14:14:42) | | | | |
| 706 | E.G. Radio Communication (14:20:19) | | | | |
| 707 | E.G. Radio Communication (14:21:49) | | | | |
| 801 | Bingert Cell Phone | | | | |
| 802 | Bingert Cell Phone Extracted Content | | | | |
| 802_A | Instant Message | 5.16.23 | ✓ | J. CHEN | |
| 802_B | Thumbnail photograph | | | | |
| 802_C | Thumbnail photograph | | | | |
| 802_D | Thumbnail photograph | | | | |
| 802_E | Thumbnail photograph | | | | |
| 802_F | Thumbnail photograph | | | | |
| 802_G | Thumbnail photograph | | | | |
| 802_H | Thumbnail photograph | | | | |
| 802_I | Screenshot | | | | |
| 802_J | Screen shot | | | | |

Government ✓
Plaintiff
Defendant
Joint
Court

USA vs. Bingert et al

Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 802_K | Screenshot | 5.16.23 | ✓ | J.CHEN | |
| 802_L | Screenshot | ⊥ | ✓ | ⊥ | |
| 802_M | Screenshot | | | | |
| 802_N | Screenshot | | | | |
| 802_O | Screenshot | | | | |
| 802_P | Screenshot | | | | |
| 802_Q | Screenshot | | | | |
| 802_R | Screenshot | | | | |
| 802_S | Screenshot | | | | |
| 802_T | Instant Messages | | | | |
| 802_U | Instant Messages | 5.16.23 | ✓ | J.CHEN | |
| 802_V | Instant Messages | | ✓ | | |
| 802_W | Instant Messages | ⊥ | ✓ | ⊥ | |
| 802_X | Screenshot | | | | |
| 802_Y | Screenshot | 5.16.23 | ✓ | J.CHEN | |
| 802_Z | Screenshot | ⊥ | ✓ | ⊥ | |
| 802_AA | Screenshot | | | | |
| 802_BB | Screenshot | 5.16.23 | ✓ | J.CHEN | |
| 802_CC | Screenshot | | ✓ | | |
| 802_DD | Screenshot | | ✓ | | |
| 802_EE | Screenshot | ⊥ | ✓ | ⊥ | |
| 802_FF | Screenshot | | | | |
| 802_GG | Screenshot | 5.16.23 | ✓ | J.CHEN | |
| 802_HH | Screenshot | | ✓ | | |
| 802_II | Screenshot | ⊥ | ✓ | ⊥ | |
| 802_JJ | Screenshot | | | | |
| 802_KK | Podcast | | | | |

| | | |
|---|---|---|
| Government ✓ | USA | Civil/Criminal No. 21-CR-91 |
| Plaintiff ☐ | VS. | |
| Defendant ☐ | Bingert et al | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 802_LL | Podcast | | | | |
| 802_MM | Podcast | | | | |
| 802_NN | Podcast | | | | |
| 802_OO | Podcast | | | | |
| 802_PP | Podcast | | | | |
| 802_RR | Podcast | | | | |
| 802_SS | Podcast | | | | |
| 802_TT | Podcast | | | | |
| 802_UU | Podcast | | | | |
| 802_VV | Podcast | | | | |
| 802_WW | Podcast | | | | |
| 802_XX | Podcast | | | | |
| 802_YY | Snapchat video | | | | |
| 803 | Sturgeon Cell Phone | | | | |
| 804 | Sturgeon Cell Phone Extracted Content | | | | |
| 804_A | Video | | | | |
| 804_B | Video | | | | |
| 804_C | Video | | | | |
| 804_D | Video | | | | |
| 804_D.1 | Still image of Video | | | | |
| 804_D.2 | Cellebrite report | | | | |
| 804_E | Video | 5·16·23 | ✓ | J.CHEN | |
| 804_E.1 | Still image of Video | | | | |
| 804_E.2 | Cellebrite report | 5·16·23 | ✓ | J.CHEN | |
| 804_F | Video | | ✓ | | |
| 804_F.1 | Cellebrite report | ⊥ | ✓ | ⊥ | |

| Government | ✓ | USA | | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-91 |
| Defendant | ☐ | Bingert et al | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804_G | Video | | | | |
| 804_G.1 | Cellebrite report | | | | |
| 804_H | Video | | | | |
| 804_H.1 | Cellebrite report | | | | |
| 804_I | Video | | | | |
| 804_I.1 | Cellebrite report | | | | |
| 804_J | Video | 5·16·23 | ✓ | J. CHEN | |
| 804_J.1 | Cellebrite report | | | | |
| 804_K | Video | 5·15·23 | ✓ | — | |
| 804_K.1 | Cellebrite report | | | | |
| 804_L | Video | 5·16·23 | ✓ | J. CHEN | |
| 804_L.1 | Cellebrite report | | | | |
| 804_M | Video | 5·16·23 | ✓ | J. CHEN | |
| 804_M.1 | Cellebrite report | | | | |
| 804_N | Video | 5·16·23 | ✓ | J. CHEN | |
| 804_N.1 | Cellebrite report | | | | |
| 804_O | Video | | | | |
| 804_O.1 | Cellebrite report | | | | |
| 804_P | Video | 5·16·23 | ✓ | J. CHEN | |
| 804_P.1 | Cellebrite report | | | | |
| 804_Q | Video | | | | |
| 804_Q.1 | Cellebrite Report | | | | |
| 804_R | Video | | | | |
| 804_R.1 | Cellebrite Report | | | | |
| 804_S | Video | | | | |
| 804_S.1 | Cellebrite Report | | | | |
| 804_T | Video | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Bingert et al

Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804_T.1 | Cellebrite Report | | | | |
| 804_U | Calendar Entry | | | | |
| 804_V | Calendar Entry | | | | |
| 804_W | Calendar Entry | | | | |
| 804_X | Photograph | | | | |
| 804_Y | Photograph | | | | |
| 804_Z | Photograph | | | | |
| 804_AA | Photograph | | | | |
| 804_BB.1 | Cellebrite report | | | | |
| 804_CC | Photograph | | | | |
| 804_DD | Photograph | | | | |
| 804_EE | Photograph | | | | |
| 804_FF | Photograph | | | | |
| 804_GG | Photograph | | | | |
| 804_HH | Photograph | | | | |
| 804_II | Photograph | | | | |
| 804_JJ.1 | Cellebrite report | | | | |
| 804_KK | Photograph | | | | |
| 804_LL | Photograph | | | | |
| 804_MM | Photograph | | | | |
| 804_MM.1 | Cellebrite report | | | | |
| 804_NN | Photograph | | | | |
| 804_OO | Photograph | | | | |
| 804_OO.1 | Cellebrite report | | | | |
| 804_PP | Photograph | | | | |
| 804_PP.1 | Cellebrite report | | | | |
| 804_QQ | Photograph | | | | |

| Government | ✓ | USA | | Civil/Criminal No. | 21-CR-91 |
|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | |
| Defendant | ☐ | Bingert et al | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804_QQ.1 | Cellebrite report | | | | |
| 804_RR | Photograph | | | | |
| 804_RR.1 | Cellebrite report | | | | |
| 804_SS | Photograph | | | | |
| 804_SS.1 | Cellebrite report | | | | |
| 804_TT | Photograph | | | | |
| 804_UU | Photograph | | | | |
| 804_VV | Photograph | | | | |
| 804_WW | Photograph | | | | |
| 804_YY | Photograph | | | | |
| 804_ZZ | Photograph | | | | |
| 804_AAA | Photograph | | | | |
| 804_BBB | Photograph | | | | |
| 804_CCC | Photograph | | | | |
| 804_DDD | Photograph | | | | |
| 804_EEE | Photograph | | | | |
| 804_FFF | Photograph | | | | |
| 804_GGG | Calendar Entry | | | | |
| 804_HHH | Screenshots | 5.16.23 | ✓ | J. CHEN | |
| 804_III | Screenshots | | | | |
| 804_JJJ | Screenshots | | | | |
| 804_KKK | Cellebrite report | | | | |
| 804_LLL | Instant Messages | 5.16.23 | ✓ | J. CHEN | |
| 804_MMM | Instant Messages | | ✓ | | |
| 804_OOO | Instant Messages | | ✓ | | |
| 804_PPP | Instant Messages | | ✓ | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Bingert et al    Civil/Criminal No. 21-CR-91

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804_QQQ | Instant Messages | 5.16.23 | ✓ | J.CHEN | |
| 804_RRR | Instant Messages | | ✓ | | |
| 804_SSS | Instant Messages | ⊥ | ✓ | ⊥ | |
| 805 | Sturgeon Consent to Search Form | | | | |
| 806 | Bingert Consent to Search Form | | | | |
| 901 | Safeway Emails | 5.15.23 | ✓ | — | |
| 902 | Safeway Mid-Atlantic Daily Sales Report, 1/5/21 through 1/7/21 | | ✓ | — | |
| 903 | Safeway PA Shipment | | ✓ | — | |
| 904 | Safeway Business Records Certification | ⊥ | ✓ | — | |
| 1001 | Data from Sturgeon Facebook Account | | | | |
| 1001A | Subscriber Information | | | | |
| 1001B | Facebook messages | 5.16.23 | ✓ | J.CHEN | |
| 1001C | Facebook messages | | ✓ | | |
| 1001D | Facebook messages | | ✓ | | |
| 1001E | Facebook messages | | ✓ | | |
| 1001F | Cellebrite report | | ✓ | | |
| 1001F.1 | Screenshot | ⊥ | ✓ | ⊥ | |
| 1002 | Data from Isaac Sturgeon Instagram Account | | | | |
| 1002A | Instagram Post | | | | |
| 1002B | Instagram Post | | | | |
| 1002C | Instagram Post | | | | |
| 1002D | Instagram Post | | | | |
| 1002E | Instagram Post | | | | |
| 1002F | Instagram Post | 5.16.23 | ✓ | J.CHEN | |
| 1002G | Instagram Post | ⊥ | ✓ | ⊥ | |

| Government | ✓ | USA | | | Civil/Criminal No. | 21-CR-91 |
| Plaintiff | ☐ | | VS. | | | |
| Defendant | ☐ | Bingert et al | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1002H | Instagram Comment | | | | |
| 1002I | Instagram Messages | | | | |
| 1002J | Video | | | | |
| 1002J.1 | Comments on Video | | | | |
| 1002K | Video | | | | |
| 1002K.1 | Comments on Video | | | | |
| 1002L | Video | | | | |
| 1002L.1 | Comments on Video | | | | |
| 1002M | Video | | | | |
| 1002M.1 | Comments on Video | | | | |
| 1002N | Video | 5.16.23 | ✓ | J. CHeN | |
| 1002N.1 | Comments on Video | | | | |
| 1002O | Video | 5.15.23 | ✓ | — | |
| 1002O.1 | Comments on Video | | | | |
| 1002P | Video | 5.15.23 | ✓ | — | |
| 1002P.1 | Comments on Video | | | | |
| 1002Q | Video | | | | |
| 1002Q.1 | Comments on Video | | | | |
| 1002R | Video | | | | |
| 1002R.1 | Comments on Video | | | | |
| 1002S | Video | | | | |
| 1002S.1 | Comments on Video | | | | |
| 1002T | Video | 5.16.23 | ✓ | J. CHeN | |
| 1002T.1 | Comments on Video | | ✓ | | |
| 1002U | Video | | ✓ | | |
| 1002U.1 | Comments on Video | ↧ | ✓ | ↧ | |
| 1101 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1102 | Photograph of Bingert near Ellipse | | | | |
| 1103 | Photograph of Sturgeon on Capitol West Front | | | | |

| | | |
|---|---|---|
| Government ✓ | USA | Civil/Criminal No. 21-CR-91 |
| Plaintiff ☐ | VS. | |
| Defendant ☐ | Bingert et al | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1104 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1105 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1106 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1107 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1108 | Photograph of Sturgeon being removed from Capitol West Front by police | | | | |
| 1109 | Photograph of Sturgeon on Capitol West Front | | | | |
| 1110 | "Be On the Lookout" FBI Poster | | | | |
| 1111A | Bingert's GiveSendGo Page | 5.16.23 | ✓ | J.CHEN | |
| 1111B | Bingert's GiveSendGo Page | ⊥ | ✓ | ⊥ | |
| 1111C | Bingert's GiveSendGo Page | | | | |
| 1111D | Bingert's GiveSendGo Page | 5.16.23 | ✓ | J.CHEN | |
| 1201 | Authentication of Metropolitan Police Department Body Worn Camera | 5.15.23 | ✓ | — | |
| 1202 | Authentication of CCTV | | ✓ | — | |
| 1203 | Authentication of Bingert Cell Phone Data | | ✓ | — | |
| 1204 | Authentication of Sturgeon Cell Phone Data, Sturgeon Facebook Data, and Sturgeon Instagram Data | | ✓ | — | |
| 1205 | Federal Officers, Title 18, United States Code, Section 1114 | ⊥ | ✓ | — | |

| Government ✓ | USA | | |
|---|---|---|---|
| Plaintiff ☐ | vs. | Civil/Criminal No. | 21-CR-91 |
| Defendant ☐ | Bingert et al | | |
| Joint ☐ | | | |
| Court ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1206 | Authentication of Senate and House Recording Studio Footage | 5.15.23 | ✓ | — | |
| 1207 | Identification of Craig Bingert | | ✓ | — | |
| 1208 | Identification of Isaac Sturgeon | | ✓ | — | |
| 1209 | Authentication of Third-Party Recordings | ⊥ | ✓ | — | |
| | | | | | |
| 410 | Video | 5-23-23 | ✓ | C. BINGERT | |
| 218 | Body-worn camera footage of MPD Officer McCloskey | ⊥ | ✓ | ⊥ | |
| 103 | Upper West Terrace 2:42 p.m. timestamp | 5-23-23 | ✓ | C. BINGERT | |
| 204A.5 | Screenshot | ⊥ | ✓ | ⊥ | |