UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
        Plaintiff,  :
   v.  :      Case No. 1:21-cr-091(RCL)
          :
CRAIG MICHAEL BINGERT,  :
        Defendant.  :

TRIAL EXHIBITS FOR DEFENDANT CRAIG MICHAEL BINGERT

| Exhibit No. | Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | 001 Series – Trump Speech at Ellipse | | | |
| 1 | Trump C-Span Speech Recording at Ellipse on January 6, 2021 full version | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Trump C-Span Speech Recording at Ellipse on January 6, 2021 Clipped version | | | |
| | -intentionally blank- | | | |
| | 100 Series– General Reference Exhibits | | | |
| 100 | Capitol Map West Front | | | |
| 101a-f | USCP Demonstration Endorsement Sheets | | | |
| 102 | USCP Timeline | | | |
| 103 | USCP CDU Opps Plan from Jan 3- Jan 9, 2021 | | | |
| 103 a-d | Screenshots from CDU Opps Plan | | | |
| 104 | USCP After Action Reporting Comment Forms USCP-003-00000037 | | | |
| 104 a-q | Screenshots from USCP After Action Reporting (ex. 104) | | | |
| 105 | Red outlined map of initial USCP Restricted area | 5-23-23 | 5-23-23 | C. BINGERT |
| | -intentionally blank- | | | |
| | 200 Series– Body Worn Camera | | | |
| 200 | BWC of Officer Justin Roth | | | |
| 201 | BWC of Officer Jacky Roach | | | |
| 202 | BWC of Toussaint | | | |

| | | | | |
|---|---|---|---|---|
| 202a | Screenshot from Ex. 202 | | | |
| 203 | BWC of Officer Thomas-Bartley | | | |
| 203a | Ex. 203a - screenshot of woman from 203 at 2.46pm | | | |
| 204 | Ex. 204 Tong BWC | | | |
| 204a | Ex. 204a - Bingert Holding Flag walking peacefully down stairs | | | |
| 204b | Screenshot of Ex. 204 – Bingert walking down stairs | | | |
| 205 | ex. 205 - Militar BWC | | | |
| 206 | Ex. 206 Livezey BWC - Bike rack indicent 2.46pm -210106_-_FELOMY_RIOTS_-_US_CAPITOL | | | |
| 206a | Screenshot from Ex. 206 at 2:46pm | | | |
| 206b | Screenshot from Ex. 206 | | | |
| 207 | Ex. 207 - Ishola BWC | | | |
| 207a | Ex. 207a screenshot from Ishola BWC at 2.36pm vantage to tunnel | | | |
| 207b | Ex. 207b - Ishola BWC bingert being pushed by crowd with bike rack | | | |
| 207c | Screenshot of 207 | | | |
| 208 | Slowed version of BWC of Bike Rack push incident | 5·15·23 | 5·15·23 | J. GONZALEZ |
| 209 | Lazewski BWC | | | |

| | | | | |
|---|---|---|---|---|
| 210 | Serratos BWC | | | |
| | -intentionally blank- | | | |
| | 300 Series – Open Source | | | |
| 300 | 1_zEPk1Bl1wtE&t open source video of Bingert in crowd walking (no flag) | | | |
| 300a | Screen shot from ex. 300 | | | |
| 301 | Ex. 301 – Open Source video of Bingert walking across street near Capitol and down street from Courthouse (with Flag) | | | |
| 302 | Screenshot from Will Allen Depraw All Footage Watermarked part 2 open source video | | | |
| 303 | Breach of Barricades at 12:53pm Open source | | | |
| | -intentionally blank- | | | |
| | 400 Series – CCTV | | | |
| 400 | ex. 400 -0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_13h47min21s000ms | | | |
| 401 | ex. 401 - 0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_14h00min14s000ms | | | |
| 402 | ex. 402 - 0600 E USCG 00 NW Drive | | | |

| | | | | |
|---|---|---|---|---|
| | Exit TIMP-2021-01-06_14h13min37s000ms | | | |
| 402a | Screenshot Ex. 402a at 2.13pm cam 600 | | | |
| 403 | ex. 403 - 3187 E QNW 00 Peace Circle NW-2021-01-06_12h40min00s000ms | | | |
| 403a | Screenshot Ex. 403a at 12.57 cam 3187 | | | |
| 404 | ex. 404 - 3187 E QNW 00 Peace Circle NW-2021-01-06_13h40min02s000ms | | | |
| 405 | ex. 405 - 3187 E QNW 00 Peace Circle NW-2021-01-06_14h00min02s000ms | | | |
| 406 | ex. 406 - 3187 E QNW 00 Peace Circle NW-2021-01-06_13h20min02s000ms | | | |
| 407 | ex. 407 - 0514 E USCS RF Capitol West Front-2021-01-06_12h55min00s000ms | | | |
| 407a | Screenshot Ex. 407a at 12.57 cam 0514 | | | |
| 408 | ex. 408 - 0514 E USCS RF Capitol West Front-2021-01- | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 06_13h54min28s000ms | | | | |
| 409 | ex. 409 - 0683 E USCG 00 West Front South-2021-01-06_13h54min50s000ms | | | | |
| 410 | ex. 410 - 0944 E USCS RF West Roof-2021-01-06_12h54min00s000ms | | | | |
| 410a | Screenshot Ex. 410a at 12.54 cam 0944 | | | | |
| 410b | Screenshot Ex. 410b at 12.56 cam 0944 | | | | |
| 410c | Screenshot Ex. 410c at 12.59 cam 0944 | | | | |
| 411 | Camera 0908 at 2:40pm | | | | |
| 411a | Screenshot of 0908 at 2:40pm | | | | |
| 412 | - montage of exterior West Side | | | | |
| | Intentionally blank | | | | |