| Government | ☐ | United States of America | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | Civil/Criminal No. 21-cr-0091 (RCL) |
| Defendant | ☑ | Isaac Sturgeon | |
| Joint | ☐ | | |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Officer Chadd Livezey Body Worn Camera | 5-15-23 | 5-15-23 | NO WITNESS | |
| 2 | Officer Lamar Jefferson Body Worn Camera | ↓ | ↓ | ↓ | |
| 3 | Officer Touissant Body Worn Camera | ↓ | ↓ | ↓ | |
| 5 | Isaac Sturgeon Instagram Post - Photograph of him in West Virginia Taken on 2021-01-07 22:46:14 UTC | 5-16-23 | 5-16-23 | J. CHEN | |
| 6 | Officer Peralta BWC | 5-15-23 | 5-15-23 | NO WITNESS | |
| 7 | Officer Richard Rice BWC | | | | |
| 8 | Sturgeon Text Message exchanges - Time Stamps (1) January 7, 2021 6:48:47 UTC in response to Joanne Aunt at 1/7/2021 6:45:17, (2) January 26, 2021 6:52:24 (UTC) and 7:41:37 - Outgoing to DOWG Jayy | 5-16-23 | | J. CHEN | |
| 9 | OFFICER AUGUSTINE BWC | 5-15-23 | 5-15-23 | D. AUGUSTINE | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff

    v.                                                Civil Case No.: 21-CR-091-2 (RCL)

ISAAC STURGEON

    Defendant

## FINAL EXHIBITS FOR DEFENDANT ISAAC STURGEON

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 10 | Video | 5/16/2023 | 5/16/2023 | J. Chen |
| 11 | Photograph | 5/16/2023 | 5/16/2023 | J. Chen |
| 12 | Photograph | 5/16/2023 | 5/16/2023 | J. Chen |
| 13 | Photograph | 5/16/2023 | 5/16/2023 | J. Chen |
| 14 | Instagram Post | 5/16/2023 | 5/16/2023 | J. Chen |
| 15 | Video | 5/16/2023 | 5/16/2023 | J. Chen |
| 16 | BWC | 5/16/2023 | 5/16/2023 | J. Chen |
| 17 | Transcript of Trump Speech | 5/16/2023 | 5/16/2023 | J. Chen |
|  |  |  |  |  |