UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-CR-91 (RCL)** |
| v. | : | |
| | : | |
| | : | |
| **ISAAC STURGEON** | : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue Sentencing, it is hereby, this \_\_\_\_ day of _____, 2023,

**ORDERED** that the Unopposed Motion to Continue Sentencing is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2023, at \_\_\_\_ _____;

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES SENIOR JUDGE