IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   :
:
v.   :   Case No. 1:21-cr-0091-RCL-01
:
CRAIG MICHAEL BINGERT, et al. :
Defendant.   :

## ORDER

Upon consideration of the consent motion filed by defendant Craig Michael Bingert, to continue the sentencing hearing scheduled for September 25, 2023, (for both defendant Craig Bingert and co-defendant Isaac Sturgeon) at 4:30 p.m., to a date convenient to the Court and to the parties, and for good cause shown, it is hereby this __14th__ day of __August__, 2023, the motion is GRANTED.

The sentencing hearing scheduled (for both defendant Craig Bingert and co-defendant Isaac Sturgeon) for September 25, 20213, is hereby vacated. The sentencing hearing, for both defendant Craig Bingert and co-defendant Isaac Sturgeon, will be conducted on __September 26__, 2023 at __4:30__ ~~a.m.~~/ p.m.

*Royce C. Lamberth*
Judge,
U. S. District Court for the District of Columbia

1