UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-CR-91 (RCL)** |
| v. | : | |
| | : | |
| | : | |
| **ISAAC STURGEON** | : | |

## MOTION TO CONTINUE SENTENCING

Isaac Sturgeon, through undersigned counsel, respectfully requests that this Court grant his request for an approximately 14 day continuance of the currently scheduled sentencing hearing set for September 26, 2023. In support of this motion, counsel states as follows:

1. Isaac Sturgeon and Craig Bingert were convicted of all charges contained in the superseding indictment after a bench trial on May 24, 2023. The currently scheduled sentencing date was set for 4:30pm in the afternoon.

2. The parties have been diligently preparing for sentencing, including filing extensive pre-sentence report objections to the many contested guideline enhancements.

3. Furthermore, the parties have filed extensive sentencing memoranda given the government's request to incarcerate the defendants for 11 years and 3 months.

4. Given all of the contested issues, counsel for Mr. Sturgeon plans to present extensive argument at the sentencing hearing as well as witnesses that are prepared to make in person statements to the Court. Counsel for Mr. Bingert plans to do the same. The parties anticipate that the hearing will last, at a minimum, 2 hours.

5. For this reason, undersigned counsel reached out to the Court's courtroom deputy on Friday to inquire about the length of time the parties would have to present their case

given the late setting. The parties were advised that there would no "hard stop" time, but that the Court set the sentencing at 4:30pm due to the Court presiding over a civil bench trial during the day.

6. Mr. Sturgeon respectfully requests that the Court continue this matter to follow the conclusion of the current civil bench trial in order for the parties to be able to effectively present their respective sentencing arguments with ample time.

7. Undersigned counsel has discussed this request with counsel for Mr. Bingert, who has no opposition. Counsel for Mr. Bingert noted, however, that he will be on a pre-scheduled vacation from October 9-20, and so will not be available during that time.

8. Undersigned counsel has attempted to reach counsel for the government this morning but has not heard back yet regarding their position. Given the short notice of this request and Mr. Sturgeon's impending travel plans, counsel files this as soon as possible in the hopes that the government can update as to its position when they can.

9. Lastly, Mr. Sturgeon has been in full compliance with his release conditions and consents to this request for a continuance.

For these reasons, Mr. Sturgeon, through counsel, respectfully requests that the Court grant a 14 day continuance to allow counsel to present extensive argument and present witnesses following the conclusion of the civil bench trial the court is presiding over.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W. Suite 550

Washington, D.C. 20004
Maria_Jacob@fd.org
(202) 208-7500 *105