# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
: **Case No. 21-CR-91 (RCL)**
**v.** :
:
:
**ISAAC STURGEON** :

## ORDER

Based upon the representations in the Motion to Continue Sentencing, it is hereby, this day of _____, 2023,

**ORDERED** that the Motion to Continue Sentencing is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2023, at _____;

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES SENIOR JUDGE