UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | :   Case No.: 21-cr-91 (RCL) |
| ISAAC STURGEON, | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**       Isaac Sturgeon

**Name and address of appellant's attorney:**       Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18:1512(c)(2)and 2 ; Tampering With A Witness, Victim Or Informant; Obstruction of an Official Proceeding and Aiding and Abetting; 18:111(a)(1) Assaulting/Resisting/Impeding Officers/Employees; Assaulting, Resisting, or Impeding Certain Officers; 18:231(a)(3); Civil Disorder; Civil Disorder; 18:1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18:1752(a)(4); Temporary Residence Of The President; Engaging in Physical Violence in a Restricted Building or Grounds; 40:5104(e)(2)(F); Violent Entry And Disorderly Conduct On Capitol Grounds; Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings.

**Concise statement of judgment or order, giving date, and any sentence:**  Seventy-Two (72) months as to each Counts 1ss and 2ss, Sixty (60) months as to Count 3ss, Twelve (12) months as to each Counts 4ss through 6ss and Six (6) months as to Count 8ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty-Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385

**Name of institution where now confined, if not on bail:**    Defendant remains on Personal Recognizance/permitted to self-surrender.

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| <u>October 4, 2023</u> | <u>Isaac Sturgeon</u> |
| DATE | APPELLANT |

| | |
|---|---|
| CJA, NO FEE <u>     FPD         </u> | <u>Maria Jacob              </u> |
| PAID USDC FEE <u>  NO            </u> | ATTORNEY FOR APPELLANT |
| PAID USCA FEE <u>  NO            </u> | |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes