APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21–cr–00091–RCL–2

Case title: USA v. BINGERT ET AL                    Date Filed: 02/05/2021

Assigned to: Judge Royce C. Lamberth

**Defendant (2)**

**ISAAC STEVE STURGEON**                  represented by   **Maria Jacob**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
625 Indiana Ave, N.W.
Washington, DC 20004
(202) 208–7500
Fax: (202) 208–7515
Email: maria_jacob@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Tony W. Miles**
MILES LAW PLLC
1717 K Street, NW
Suite 900
Washington, DC 20006
202–717–6733
Email: tonymiles@mileslawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Edward Smock**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
District of Columbia
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208–7500
Fax: (202) 208–7515
Email: ned_smock@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Pending Counts**                           **Disposition**

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(1)

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(1s)

18:1512(c)(2)and 2 ; TAMPERING WITH     Defendant is hereby committed to the
A WITNESS, VICTIM OR                    custody of the Bureau of Prisons for a term
INFORMANT; Obstruction of an Official   of Seventy–Two (72) months as to each
Proceeding and Aiding and Abetting      Counts 1ss and 2ss, Sixty (60) months as to
(1ss)                                   Count 3ss, Twelve (12) months as to each
                                        Counts 4ss through 6ss and Six (6) months as
                                        to Count 8ss, with all terms to run
                                        concurrently. The Defendant is further
                                        sentenced to serve a Thirty–Six (36) month
                                        term of supervised release as to each of
                                        Counts 1ss through 3ss and Twelve (12)
                                        months as to each of Counts 4ss through 6ss,
                                        with all terms to run concurrently. In
                                        addition, the Defendant is ordered to pay
                                        restitution in the amount of $2,000, a fine in
                                        the amount of $2,000 and a special
                                        assessment in the amount of $100 for each of
                                        Counts 1ss through 3ss, $25 for each of
                                        Counts 4ss through 6ss and $10 for Count
                                        8ss, for a total of $385.

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(2)

18:111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(2s)

18:111(a)(1);                           Defendant is hereby committed to the
ASSAULTING/RESISTING/IMPEDING           custody of the Bureau of Prisons for a term
OFFICERS/EMPLOYEES; Assaulting,         of Seventy–Two (72) months as to each
Resisting, or Impeding Certain Officers Counts 1ss and 2ss, Sixty (60) months as to
(2ss)                                   Count 3ss, Twelve (12) months as to each
                                        Counts 4ss through 6ss and Six (6) months as
                                        to Count 8ss, with all terms to run

concurrently. The Defendant is further sentenced to serve a Thirty−Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385.

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(3)

18:231(a)(3); CIVIL DISORDER; Civil Disorder
(3s)

18:231(a)(3); CIVIL DISORDER; Civil Disorder
(3ss)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy−Two (72) months as to each Counts 1ss and 2ss, Sixty (60) months as to Count 3ss, Twelve (12) months as to each Counts 4ss through 6ss and Six (6) months as to Count 8ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty−Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385.

18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(4)

18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(4s)

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds
(4ss)

Defendant is hereby committed to the
custody of the Bureau of Prisons for a term
of Seventy–Two (72) months as to each
Counts 1ss and 2ss, Sixty (60) months as to
Count 3ss, Twelve (12) months as to each
Counts 4ss through 6ss and Six (6) months as
to Count 8ss, with all terms to run
concurrently. The Defendant is further
sentenced to serve a Thirty–Six (36) month
term of supervised release as to each of
Counts 1ss through 3ss and Twelve (12)
months as to each of Counts 4ss through 6ss,
with all terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2,000, a fine in
the amount of $2,000 and a special
assessment in the amount of $100 for each of
Counts 1ss through 3ss, $25 for each of
Counts 4ss through 6ss and $10 for Count
8ss, for a total of $385.

18 U.S.C. 1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds
(5)

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds
(5s)

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds
(5ss)

Defendant is hereby committed to the
custody of the Bureau of Prisons for a term
of Seventy–Two (72) months as to each
Counts 1ss and 2ss, Sixty (60) months as to
Count 3ss, Twelve (12) months as to each
Counts 4ss through 6ss and Six (6) months as
to Count 8ss, with all terms to run
concurrently. The Defendant is further
sentenced to serve a Thirty–Six (36) month
term of supervised release as to each of
Counts 1ss through 3ss and Twelve (12)
months as to each of Counts 4ss through 6ss,
with all terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2,000, a fine in
the amount of $2,000 and a special
assessment in the amount of $100 for each of
Counts 1ss through 3ss, $25 for each of
Counts 4ss through 6ss and $10 for Count
8ss, for a total of $385.

18 U.S.C. 1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(6)

18:1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(6s)

18:1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(6ss)

Defendant is hereby committed to the
custody of the Bureau of Prisons for a term
of Seventy–Two (72) months as to each
Counts 1ss and 2ss, Sixty (60) months as to
Count 3ss, Twelve (12) months as to each
Counts 4ss through 6ss and Six (6) months as
to Count 8ss, with all terms to run
concurrently. The Defendant is further
sentenced to serve a Thirty–Six (36) month
term of supervised release as to each of
Counts 1ss through 3ss and Twelve (12)
months as to each of Counts 4ss through 6ss,
with all terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2,000, a fine in
the amount of $2,000 and a special
assessment in the amount of $100 for each of
Counts 1ss through 3ss, $25 for each of
Counts 4ss through 6ss and $10 for Count
8ss, for a total of $385.

40 U.S.C. 5104(e)(2)(E); FEDERAL
STATUTES, OTHER; Obstructing, or
Impeding Passage Through or Within, the
Grounds or Any of the Capitol Buildings
(7)

40:5104(e)(2)(E); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Obstructing, or
Impeding Passage Through or Within, the
Grounds or Any of the Capitol Buildings
(7s)

40:5104(e)(2)(E); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Obstruction, or
Impeding Passage Through or Within, the
Grounds or Any of the Capitol Buildings
(7ss)

DISMISSED ON GOVERNMENT'S
MOTION

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Engaging in an Act

of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Engaging in an
Act of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8s)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Engaging in an
Act of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8ss)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months as to each Counts 1ss and 2ss, Sixty (60) months as to Count 3ss, Twelve (12) months as to each Counts 4ss through 6ss and Six (6) months as to Count 8ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Kaitlin Klamann** |
| --- | --- | --- |
| | | DOJ–USAO |

601 D Street NW
Washington, DC 20530
(202) 252–6778
Email: kaitlin.klamann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Angela Nichole Buckner**
U.S. ATTORNEY'S OFFICE DOJ/USAO
Sex Offense/ Domestic Violence
555 4th Street, NW
Washington, DC 20530
(202) 445–8340
Email: angela.buckner.2@usdoj.gov
*TERMINATED: 09/22/2022*
*Designation: Assistant U.S. Attorney*

**Courtney Howard**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street NW
Washington, DC 20053
202–514–3130
Email: courtney.howard2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 3 | SEALED INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, ISAAC STEVE STURGEON (2) count(s) 1, 2, 3, 4, 5, 6, 7, 8, TAYLOR JAMES JOHNATAKIS (3) count(s) 1, 2, 3, 4, 5, 6, 7, 8. (zltp) (Entered: 02/08/2021) |
| 02/05/2021 | 5 | MOTION to Seal Case by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 02/08/2021) |
| 02/05/2021 | 6 | ORDER granting 5 Motion to Seal Case as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Magistrate Judge G. Michael Harvey on 2/5/21. (zltp) (Entered: 02/08/2021) |
| 03/06/2021 | 14 | Arrest Warrant Returned Executed on 3/6/2021 at JFK Airport Queens, NY as to ISAAC STEVE STURGEON. (bb) (Entered: 03/09/2021) |
| 03/06/2021 | | Case unsealed as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (bb) (Entered: 03/09/2021) |
| 03/06/2021 | | Arrest of ISAAC STEVE STURGEON. (ztl) (Entered: 04/19/2021) |
| 03/08/2021 | 20 | Rule 5(c)(3) Documents Received as to ISAAC STEVE STURGEON from US District Court Eastern District of New York Case Number 21–m–286 (bb) (Entered: 03/31/2021) |

| 03/15/2021 | | ORAL MOTION to Appoint Counsel by ISAAC STEVE STURGEON. (ztl) (Entered: 04/19/2021) |
|---|---|---|
| 03/15/2021 | | ORAL MOTION for Speedy Trial by USA as to ISAAC STEVE STURGEON. (ztl) (Entered: 04/19/2021) |
| 03/15/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to ISAAC STEVE STURGEON held on 3/15/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by ISAAC STEVE STURGEON (2); heard and granted. Courtesy Supervision in Montana. Defendant placed on Standard of Conditions of Release/GPS Monitoring. Oral Motion by the Government for Speedy Trial as to ISAAC STEVE STURGEON (2); heard and granted. Speedy Trial Excluded from 3/15/2021 to 5/5/2021 in the Interest of Justice (XT). Arraignment/Status Hearing set for 5/5/2021 at 10:00 AM by Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4 [2:03:01–2;10:10]; Defense Attorney: Tony Miles; US Attorney: Jacob Steiner for Angela Buckner; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 04/19/2021) |
| 03/19/2021 | 24 | ORDER Setting Conditions of Release as to ISAAC STEVE STURGEON (2) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/19/2021. (ztl) (Entered: 04/19/2021) |
| 04/30/2021 | 26 | NOTICE OF ATTORNEY APPEARANCE: Maria Jacob appearing for ISAAC STEVE STURGEON (Jacob, Maria) (Entered: 04/30/2021) |
| 05/04/2021 | 30 | Unopposed MOTION for Protective Order *Adding Defendant Sturgeon* by USA as to ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order Adding Defendant Sturgeon)(Buckner, Angela) (Entered: 05/04/2021) |
| 05/04/2021 | 31 | ORDER granting 30 Motion for Protective Order as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/4/2021. (lcrcl3) (Entered: 05/04/2021) |
| 05/05/2021 | 32 | Unopposed MOTION for Disclosure *of 6(e) and Sealed Materials* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Buckner, Angela) (Entered: 05/05/2021) |
| 05/05/2021 | | Minute Entry for video Arraignment and Status Conference held before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3) on 5/5/2021. Defendant ISAAC STEVE STURGEON (2) Arraigned and enters a Plea of Not Guilty as to Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment and waives the formal reading. Further Status Conference set for 8/5/2021 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 5/5/2021 through 8/5/2021. Bond Status of Defendants: personal recognizance; Court Reporter: Lisa Edwards. Defense Attorneys: Allen Howard Orenberg (1); Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 05/06/2021) |
| 05/06/2021 | 33 | ORDER granting 32 Motion for Disclosure as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/6/2021. (lcrcl3) (Entered: 05/06/2021) |

| 05/07/2021 | 34 | SUPERSEDING INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, ISAAC STEVE STURGEON (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, TAYLOR JAMES JOHNATAKIS (3) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (bb) (Entered: 05/12/2021) |
|---|---|---|
| 07/13/2021 | 37 | Unopposed MOTION to Modify Conditions of Release by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 07/13/2021) |
| 07/13/2021 | 38 | ORDER granting 37 Unopposed Motion to Modify Conditions of Release as to ISAAC STEVE STURGEON (2). Signed by Judge Royce C. Lamberth on 7/13/2021. (lcrcl3) (Entered: 07/13/2021) |
| 08/04/2021 | 40 | NOTICE *OF FILING DISCOVERY LETTER* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Attachments: # 1 Notice to Counsel/Party of Discovery)(Buckner, Angela) (Entered: 08/04/2021) |
| 08/05/2021 | | Minute Entry for video proceedings held before Judge Royce C. Lamberth on 8/5/2021 held as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3). Defendants consent to appear by video and arraigned as to Counts 1s–8s of the Superseding Indictment. Defendants enter a Plea of Not Guilty as to all Counts and waives the formal reading of the Superseding Indictment. Further Status Conference set for 9/27/2021 at 1:00 PM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 8/5/2021 through 9/27/2021. Bond Status of Defendants: remains on personal recognizance; Court Reporter: Sara Wick. Defense Attorneys: Allen Howard Orenberg (1); Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 08/05/2021) |
| 08/16/2021 | 44 | ORDER as to ISAAC STEVE STURGEON (2). Upon consideration of the defendant's unopposed oral motion to modify conditions of release made at the status conference on 8/5/2021, the Court hereby ORDERS that the current conditions of release be modified to remove the condition that the defendant be required to comply with a curfew. Signed by Judge Royce C. Lamberth on 8/16/2021. (lcrcl3) (Entered: 08/16/2021) |
| 09/22/2021 | 45 | MOTION to Continue *Status Conference (Agreed)* by TAYLOR JAMES JOHNATAKIS as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Black, Chris) (Entered: 09/22/2021) |
| 09/24/2021 | 46 | ORDER granting 45 Motion to Continue as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). The Status Conference set for 9/27/2021 is vacated and reset for 10/19/2021 at 10:00 AM by VTC. Signed by Judge Royce C. Lamberth on 09/24/2021. (lcrcl3) Modified on 9/29/2021 (lsj). (Entered: 09/24/2021) |
| 10/17/2021 | 47 | NOTICE *OF FILING DISCOVERY LETTER* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Attachments: # 1 Notice to Counsel/Party Regarding Voluminous Discovery, # 2 Exhibit A, # 3 Notice to Counsel/Party Regarding Voluminous Discovery, # 4 Notice to Counsel/Party Regarding Voluminous Discovery)(Buckner, Angela) (Entered: 10/17/2021) |

| 10/19/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3) on 10/19/2021. Forthcoming Scheduling Order. Bond Status of Defendants: remain on personal recognizance; Court Reporter: Cathryn Jones; Defense Attorneys: Allen Howard Orenberg (1), Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 10/19/2021) |
|---|---|---|
| 10/19/2021 | 51 | ORDER as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS. Motion(s) to dismiss due by 12/7/2021. Government's response due by 12/21/2021. Any replies due by 1/11/2022. Signed by Judge Royce C. Lamberth on 10/19/2021. (lcrcl3) (Entered: 10/19/2021) |
| 10/25/2021 | 52 | STATUS REPORT *REGARDING VOLUMINOUS CAPITOL BREACH DISCOVERY* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Buckner, Angela) (Entered: 10/25/2021) |
| 11/10/2021 | 53 | SUPERSEDING INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, ISAAC STEVE STURGEON (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, TAYLOR JAMES JOHNATAKIS (3) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss. (zstd) (Entered: 11/10/2021) |
| 12/07/2021 | 55 | MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 12/07/2021) |
| 12/14/2021 | 57 | Consent MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Buckner, Angela) (Entered: 12/14/2021) |
| 12/14/2021 | 58 | ORDER granting 57 Motion for Extension of Time to File Response/Reply. Government's response due by 1/4/2022. Any replies due by 1/18/2022. Signed by Judge Royce C. Lamberth on 12/14/2021. (lcrcl3) (Entered: 12/14/2021) |
| 01/04/2022 | 60 | Memorandum in Opposition by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 59 MOTION for Joinder *of Co−Defendant Sturgeon's Motion to Dismiss*, 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment*, 56 MOTION for Leave to Join (Buckner, Angela) (Entered: 01/04/2022) |
| 01/11/2022 | 62 | REPLY TO OPPOSITION to Motion by ISAAC STEVE STURGEON re 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* (Jacob, Maria) (Entered: 01/11/2022) |
| 02/14/2022 | 63 | STATUS REPORT *REGARDING VOLUMINOUS CAPITOL BREACH DISCOVERY* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Buckner, Angela) (Entered: 02/14/2022) |
| 03/15/2022 | 64 | NOTICE *of Additional Authority Supporting Mr. Sturgeon's Motion to Dismiss* by ISAAC STEVE STURGEON re 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* (Jacob, Maria) (Entered: 03/15/2022) |
| 04/13/2022 | 65 | SUPPLEMENT by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 60 Memorandum in Opposition, (Attachments: # 1 Exhibit, # 2 Exhibit)(Buckner, Angela) (Entered: 04/13/2022) |
| 05/03/2022 | 66 | |

| | | |
|---|---|---|
| | | NOTICE *of Supplemental Authority* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 65 Supplement to any document, 60 Memorandum in Opposition, 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* (Attachments: # 1 Exhibit)(Buckner, Angela) (Entered: 05/03/2022) |
| 05/25/2022 | 67 | MEMORANDUM OPINION as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. Signed by Judge Royce C. Lamberth on 5/25/2022. (lcrcl3) (Entered: 05/25/2022) |
| 05/25/2022 | 68 | ORDER denying 55 Motion to Dismiss as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/25/2022. (lcrcl3) (Entered: 05/25/2022) |
| 05/26/2022 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS: Status Conference set for 6/6/2022 at 01:00 PM in VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 5/26/2022. (lcrcl3) (Entered: 05/26/2022) |
| 06/06/2022 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Status Conference as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3) held on 6/6/2022. The Court will toll Speedy Trial between 6/6/2022 and 8/9/2022, in the Interest of Justice (XT). Excludable started as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3). Status Conference set for 8/9/2022 at 01:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: all defendants remain on PR/appeared via Zoom; Court Reporter: Liz Saint–Loth; Defense Attorney: Allen Orenerg (1), Maria Jacob (2), and Chris Black (3); US Attorney: Angela Buckner. (nbn) (Entered: 06/06/2022) |
| 08/09/2022 | | Minute Entry for Status Conference as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3) held on 8/9/2022 before Judge Royce C. Lamberth. Motions due by 10/17/2022. Jury Trial set for 5/15/2023 at 9:30 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. Bond Status of Defendant: all defendants remain on PR/appeared via Zoom; Court Reporter: Lisa Edwards; Defense Attorney: Allen Orenberg (1), Maria Jacob (2), and Tim Askerov for Chris Black (3); US Attorney: Angela Buckner; (zjch, ) (Entered: 08/09/2022) |
| 08/31/2022 | 79 | MOTION to Sever Defendant by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 08/31/2022) |
| 09/22/2022 | 80 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Klamann, Kaitlin added. (Klamann, Kaitlin) (Entered: 09/22/2022) |
| 10/17/2022 | 82 | MOTION to Change Venue by ISAAC STEVE STURGEON. (Attachments: # 1 Exhibit)(Jacob, Maria) (Entered: 10/17/2022) |
| 10/17/2022 | 83 | MOTION to Compel *Discovery* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 10/17/2022) |
| 10/17/2022 | 84 | NOTICE *of Affirmative Defense* by ISAAC STEVE STURGEON (Jacob, Maria) (Entered: 10/17/2022) |
| 11/06/2022 | 87 | MOTION to Dismiss Count *4, 5, 6, 7, & 8 as Multiplicitous* by CRAIG MICHAEL BINGERT. (Attachments: # 1 Text of Proposed Order)(Orenberg, Allen) (Entered: |

| | | 11/06/2022) |
|---|---|---|
| 11/07/2022 | 90 | MOTION for Joinder by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 11/07/2022) |
| 11/30/2022 | 91 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 89 MOTION for Joinder *to Join Defendant Issac Steve Sturgeon's Motion for Severance (Dkt. 79)*, 79 MOTION to Sever Defendant (Klamann, Kaitlin) (Entered: 11/30/2022) |
| 11/30/2022 | 92 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 86 MOTION for Joinder *of Co−Defendant Sturgeon's Motions Nos. 82 & 83*, 82 MOTION to Change Venue (Klamann, Kaitlin) (Entered: 11/30/2022) |
| 12/02/2022 | 96 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 88 Notice (Other), 84 Notice (Other) (Klamann, Kaitlin) (Entered: 12/02/2022) |
| 12/02/2022 | 97 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 90 MOTION for Joinder , 87 MOTION to Dismiss Count *4, 5, 6, 7, & 8 as Multiplicitous* (Klamann, Kaitlin) (Entered: 12/02/2022) |
| 12/06/2022 | 98 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 86 MOTION for Joinder *of Co−Defendant Sturgeon's Motions Nos. 82 & 83*, 83 MOTION to Compel *Discovery* (Klamann, Kaitlin) (Entered: 12/06/2022) |
| 12/08/2022 | 99 | ORDER granting Sealed Motion 95 for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3): It is hereby ORDERED that the motion is GRANTED and the transcripts may be filed under seal. See Order for details. Signed by Judge Royce C. Lamberth on 12/06/2022. (lcrcl3) (Entered: 12/08/2022) |
| 12/20/2022 | 101 | REPLY in Support by ISAAC STEVE STURGEON re 83 MOTION to Compel *Discovery* (Jacob, Maria) (Entered: 12/20/2022) |
| 12/20/2022 | 103 | REPLY in Support by ISAAC STEVE STURGEON re 82 MOTION to Change Venue (Jacob, Maria) (Entered: 12/20/2022) |
| 12/21/2022 | 104 | REPLY in Support by ISAAC STEVE STURGEON re 79 MOTION to Sever Defendant (Jacob, Maria) (Entered: 12/21/2022) |
| 12/21/2022 | 105 | RESPONSE by ISAAC STEVE STURGEON *to Government's Opposition to Notice of Public Authority Defense* (Jacob, Maria) (Entered: 12/21/2022) |
| 02/28/2023 | 114 | Unopposed MOTION to Continue *Trial* by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 02/28/2023) |
| 03/03/2023 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3): granting Motion 113 for Hearing: It is hereby ORDERED that the motion for a hearing is GRANTED. It is further ORDERED that all the parties shall appear on 03/09/2023 at 11:30 AM by VTC before Judge Royce C. Lamberth for a status conference and hearing on |

| | | |
|---|---|---|
| | | Defendant Bingert's Motion 110 to Sever Defendant Johnatakis pursuant to Fed. R. Crim. P. 14(a). Signed by Judge Royce C. Lamberth on 03/03/2023. (lcrcl3) Modified on 3/3/2023 (smc). (Entered: 03/03/2023) |
| 03/06/2023 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3): granting Motion 115 to Continue: It is hereby ORDERED that the motion to continue is GRANTED and that the hearing previously set for 03/09/2023 is reset as to all defendants for 03/23/2023 at 03:30 PM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 03/06/2023. (lcrcl3) Modified on 3/7/2023 (zsmc). (Entered: 03/06/2023) |
| 03/13/2023 | 117 | NOTICE OF ATTORNEY APPEARANCE Courtney Howard appearing for USA. (Howard, Courtney) (Entered: 03/13/2023) |
| 03/23/2023 | | Minute Entry for Video Status Conference held on 3/23/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3): For reasons stated on the record, the Court requests that a Mental Health Evaluation be completed on TAYLOR JAMES JOHNATAKIS (3), order forthcoming from Chambers. The Court GRANTS Defendant's 110 Motion to Sever as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). It is further ordered that Defendant's 114 Motion to Continue is DENIED. Speedy Trial Excludable (XT) started 3/23/2023 until 5/15/2023, in the interest of justice, as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). Parties are to submit a proposed scheduling order to the Court within seven (7) days. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg, 2– Maria Jacob and 3– Chris Black. Court Reporter: Elizabeth Saint–Loth. (smc) (Entered: 03/23/2023) |
| 03/29/2023 | 120 | Second MOTION to Continue *Trial* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 03/29/2023) |
| 03/30/2023 | 121 | Joint MOTION for Pretrial Scheduling Order by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON. (Attachments: # 1 Exhibit)(Howard, Courtney) (Entered: 03/30/2023) |
| 04/12/2023 | 123 | ORDER denying Motion 120 to Continue as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): It is hereby ORDERED that defendant Sturgeon's motion to continue is DENIED as to both defendants. However, the Court will not sit for this trial on Friday, 05/19/2023. See Order for details. Signed by Judge Royce C. Lamberth on 04/12/2023. (lcrcl3) (Entered: 04/12/2023) |
| 04/12/2023 | 124 | ORDER granting Motion 121 for Trial Scheduling Order as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2). See Order for details. Signed by Judge Royce C. Lamberth on 04/12/2023. (lcrcl3) (Entered: 04/12/2023) |
| 04/12/2023 | | Set/Reset Deadlines as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): Motions in Limine due by 5/1/2023. Responses due by 5/8/2023. Replies due by 5/10/2023. Exhibit Lists due by 5/5/2023. Proposed Voir Dire and Jury Instructions due by 5/12/2023. (smc) (Entered: 04/13/2023) |
| 04/26/2023 | 129 | NOTICE of Waiver of Jury Trial by ISAAC STEVE STURGEON. (Jacob, Maria) Modified text on 4/26/2023 (zstd). (Entered: 04/26/2023) |

| 04/27/2023 | 131 | NOTICE OF ATTORNEY APPEARANCE: Edward Smock appearing for ISAAC STEVE STURGEON (Smock, Edward) (Entered: 04/27/2023) |
|---|---|---|
| 05/01/2023 | 133 | MOTION in Limine *to Preclude Certain Evidence at Trial* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 05/01/2023) |
| 05/01/2023 | 136 | NOTICE *of Intent to Offer Evidence Pursuant to FRE 902(11)* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Klamann, Kaitlin) (Entered: 05/01/2023) |
| 05/01/2023 | 137 | MOTION in Limine *Regarding Cross−Examination of USSS Witness* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON. (Klamann, Kaitlin) (Entered: 05/01/2023) |
| 05/01/2023 | 138 | MOTION in Limine *Barring Public Authority Evidence* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON. (Klamann, Kaitlin) (Entered: 05/01/2023) |
| 05/02/2023 | 140 | MEMORANDUM OPINION as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2) re: Motion 83 to Compel Discovery. Signed by Judge Royce C. Lamberth on 05/02/2023. (lcrcl3) Modified on 5/2/2023 (zsmc). (Entered: 05/02/2023) |
| 05/02/2023 | 141 | ORDER granting in part and denying in part Motion 83 to Compel as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2); granting Motion 86 for Joinder as to CRAIG MICHAEL BINGERT (1); granting Sealed Motion 102 for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to ISAAC STEVE STURGEON (2): It is hereby ORDERED that Defendant Bingert's Motion to Join Defendant Sturgeon's Motions to Transfer Venue and to Compel Discovery is GRANTED, Defendant Sturgeon's Sealed Motion to File Under Seal is GRANTED, and Defendants' Motion to Compel Discovery is GRANTED in part and DENIED in part. See Order for details. Signed by Judge Royce C. Lamberth on 05/02/2023. (lcrcl3) (Entered: 05/02/2023) |
| 05/05/2023 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): It is hereby ORDERED that a status conference is set for 05/11/2023 at 01:30 PM by VTC before Judge Royce C. Lamberth, to decide on approval of defendants' proposed waiver of jury trial. In the event that the waiver is approved, the Court will hear arguments on the remaining pretrial motions on 05/15/2023 at 10:00 AM, with the bench trial to commence on 05/16/2023 at 10:00 AM. Signed by Judge Royce C. Lamberth on 05/05/2023. (lcrcl3) (Entered: 05/05/2023) |
| 05/08/2023 | 143 | MOTION for Order for USMS to Arrange and Incur Costs of Witness Travel by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 05/08/2023) |
| 05/08/2023 | 144 | RESPONSE by ISAAC STEVE STURGEON re 137 MOTION in Limine *Regarding Cross−Examination of USSS Witness* (Jacob, Maria) (Entered: 05/08/2023) |
| 05/08/2023 | 145 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON re 133 MOTION in Limine *to Preclude Certain Evidence at Trial*, 132 MOTION in Limine *to Limit the Government's Use of Certain Words or Terms at Trial* (Klamann, Kaitlin) (Entered: 05/08/2023) |

| 05/08/2023 | 146 | SUPPLEMENT by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON re 98 Response to motion, (Klamann, Kaitlin) (Entered: 05/08/2023) |
| 05/09/2023 | 148 | MOTION for Video Testimony of Defense Witness by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 05/09/2023) |
| 05/09/2023 | 149 | MOTION to Dismiss Case *For Failure to Timely Disclose Brady Evidence* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 05/09/2023) |
| 05/10/2023 | 150 | MOTION to Continue *Trial* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 05/10/2023) |
| 05/10/2023 | 152 | REPLY in Support by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON re 137 MOTION in Limine *Regarding Cross–Examination of USSS Witness* (Howard, Courtney) (Entered: 05/10/2023) |
| 05/10/2023 | 153 | REPLY in Support by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON re 138 MOTION in Limine *Barring Public Authority Evidence* (Klamann, Kaitlin) (Entered: 05/10/2023) |
| 05/10/2023 | 154 | RESPONSE by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON re 149 MOTION to Dismiss Case *For Failure to Timely Disclose Brady Evidence*, 150 MOTION to Continue *Trial* (Howard, Courtney) (Entered: 05/10/2023) |
| 05/11/2023 | | Minute Entry for Video Status Conference held on 5/11/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): For reasons stated on the record, the Court denied Defendant's 149 Motion to Dismiss and 150 Motion to Continue. The Court accepted the Defendant's waivers of jury trial. Bench Trial set for 5/15/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann, Courtney Howard and Emily Allen. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Court Reporter: Jeff Hook. (smc) (Entered: 05/11/2023) |
| 05/11/2023 | 158 | WAIVER of Trial by Jury as to ISAAC STEVE STURGEON (2). Approved by Judge Royce C. Lamberth on 5/11/2023. (smc) (Entered: 05/11/2023) |
| 05/11/2023 | | MINUTE ORDER granting Motion 148 Video for Testimony as to ISAAC STEVE STURGEON (2): This being a defense motion and thus presenting no Confrontation Clause issue, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and Dr. Hunt may testify by video teleconference. Signed by Judge Royce C. Lamberth on 05/11/2023. (lcrcl3) (Entered: 05/11/2023) |
| 05/11/2023 | 159 | ORDER granting Motion 143 for Travel Expenses as to ISAAC STEVE STURGEON (2): It is hereby ORDERED that the motion is GRANTED and USMS shall make arrangements and reimbursements for Mr. Jones's travel. See Order for details. Signed by Judge Royce C. Lamberth on 05/11/2023. (lcrcl3) (Entered: 05/11/2023) |
| 05/12/2023 | 160 | TRIAL BRIEF by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON (Howard, Courtney) (Entered: 05/12/2023) |
| 05/14/2023 | 162 | TRIAL BRIEF by ISAAC STEVE STURGEON (Jacob, Maria) (Entered: 05/14/2023) |
| 05/15/2023 | | Minute Entry for Motion Hearing held on 5/15/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): For |

| | | |
|---|---|---|
| | | reasons stated on the record, the Court denied pending Motions <u>79</u> , <u>82</u> , <u>87</u> , 132 and <u>133</u> . The Court granted in part and denied in part Motion <u>137</u> . Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Court Reporter: Stacy Havenridge. (smc) (Entered: 05/15/2023) |
| 05/15/2023 | | Minute Entry for Bench Trial held on 5/15/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): Government's oral motion to dismiss Count 7 of the Second Superseding Indictment filed on 11/10/2021, heard and GRANTED without objection as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). Bench Trial continued to 5/16/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Government Witnesses: Ronald Ortega, David Augustine, Juan Gonzalez and Marc D'Avignon. Court Reporter: Stacy Heavenridge. (smc) (Entered: 05/15/2023) |
| 05/16/2023 | | Minute Entry for proceedings held on 5/16/2023 before Judge Royce C. Lamberth: Bench Trial as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2) resumed and continued to 5/17/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Government Witnesses: Marc D'Avignon, Lani Hawa and Julia Chen. Court Reporter: Stacy Heavenridge. (smc) (Entered: 05/17/2023) |
| 05/17/2023 | | Minute Entry for Bench Trial held on 5/17/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): Oral Motion by Defendant CRAIG MICHAEL BINGERT (1) to strike a portion of Kyle Jones' testimony, heard and DENIED. Oral Rule 29 Motion by both Defendants, CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2), heard and DENIED. Defendant CRAIG MICHAEL BINGERT (1) 139 Motion to Adopt, Join & Conform is GRANTED. Bench Trial continued to 5/23/2023 at 1:00 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Government Witnesses: Julia Chen and Kyle Jones. Defense Witnesses: Dr. Ken Hunt and Edward Jones. Court Reporter: Sherry Lindsay. (smc) (Entered: 05/17/2023) |
| 05/18/2023 | <u>163</u> | NOTE TO COUNSEL as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): The Court will adopt the government's proposed instructions and definitions, with the exception of one addition proposed by defendants as to Counts Four, Five, and Six. See Note for details. Signed by Judge Royce C. Lamberth on 05/18/2023. (lcrcl3) (Entered: 05/18/2023) |
| 05/22/2023 | <u>164</u> | MOTION for Reconsideration re <u>163</u> Order, by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON. (Attachments: # <u>1</u> Exhibit A)(Klamann, Kaitlin) (Entered: 05/22/2023) |
| 05/23/2023 | <u>165</u> | Memorandum in Opposition by ISAAC STEVE STURGEON re <u>164</u> Motion for Reconsideration (Jacob, Maria) (Entered: 05/23/2023) |

| 05/23/2023 | | Minute Entry for Bench Trial held on 5/23/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): Government's 164 Motion for Reconsideration, DENIED. Renewed Oral Rule 29 Motion by both Defendant's, heard and DENIED. Bench Trial (closing arguments) continued to 5/24/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Defense Witness: Craig Bingert. Court Reporter: Sherry Lindsay. (smc) (Entered: 05/23/2023) |
|---|---|---|
| 05/24/2023 | 166 | Notes for Oral Ruling from the Bench under Rule 23(c) as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): These are the notes that the Court used when delivering its oral verdict today. Signed by Judge Royce C. Lamberth on 05/24/2023. (lcrcl3) (Entered: 05/24/2023) |
| 05/24/2023 | | Minute Entry for Bench Trial held on 5/24/2023 before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): Directed Verdicts of Guilty on Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 8ss as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). REFERRAL TO PROBATION OFFICE for Presentence Investigation as to both Defendants. Sentencing set for 8/25/2023 at 2:00 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendants: remain on Personal Recognizance. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: 1– Allen Orenberg 2– Maria Jacob and Ned Smock. Court Reporter: Sherry Lindsay. (smc) (Entered: 05/24/2023) |
| 05/24/2023 | 167 | FINAL EXHIBIT LIST by USA as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). (smc) (Entered: 05/24/2023) |
| 05/24/2023 | 168 | FINAL EXHIBIT LIST by CRAIG MICHAEL BINGERT (1) as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). (smc) (Entered: 05/24/2023) |
| 05/24/2023 | 169 | FINAL EXHIBIT LIST by ISAAC STEVE STURGEON (2) as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2). (smc) (Entered: 05/24/2023) |
| 06/28/2023 | 173 | Unopposed MOTION to Continue *Sentencing* by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 06/28/2023) |
| 07/05/2023 | | MINUTE ORDER granting Motion 173 to Continue: It is hereby ORDERED that the motion is GRANTED and sentencing for defendants CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2) is reset for 09/25/2023 at 04:30 PM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 07/05/2023. (lcrcl3) Modified on 7/5/2023 (zsmc). (Entered: 07/05/2023) |
| 08/14/2023 | 177 | ORDER granting Motion 176 to Continue as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): It is ORDERED that the motion is GRANTED and the sentencing previously set for 09/25/2023 is RESET for 09/26/2023 at 04:30 PM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 08/14/2023. (lcrcl3) (Entered: 08/14/2023) |
| 08/29/2023 | 180 | TRANSCRIPT OF PROCEEDINGS in case as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON before Judge Royce C. Lamberth held on 5/23/23; Page Numbers: 1–150. Date of Issuance:8/29/23. Court Reporter/Transcriber Sherry |

| | | |
|---|---|---|
| | | Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023.(stl) (Entered: 08/29/2023) |
| 08/29/2023 | <u>181</u> | TRANSCRIPT OF PROCEEDINGS in case as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON before Judge Royce C. Lamberth held on 5/24/23; Page Numbers: 1−90. Date of Issuance:8/29/23. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023.(stl) (Entered: 08/29/2023) |
| 08/29/2023 | <u>182</u> | TRANSCRIPT OF PROCEEDINGS in case as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON before Judge Royce C. Lamberth held on 5/17/23; Page Numbers: 1−143. Date of Issuance:8/29/23. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023.(stl) (Entered: 08/29/2023) |
| 09/19/2023 | 193 | SENTENCING MEMORANDUM by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON (Howard, Courtney) (Entered: 09/19/2023) |
| 09/19/2023 | 195 | SENTENCING MEMORANDUM by ISAAC STEVE STURGEON (Attachments: # 1 Exhibit Letters of Support, # 2 Exhibit Letter from Isaac Sturgeon, # 3 Exhibit Government Plea Letter, # 4 Exhibit Previously filed PSR objections, # 5 Exhibit Seefried Memorandum Opinion)(Jacob, Maria) (Entered: 09/19/2023) |
| 09/25/2023 | 197 | Emergency MOTION to Continue *Sentencing* by ISAAC STEVE STURGEON. (Attachments: # 1 Text of Proposed Order)(Jacob, Maria) (Entered: 09/25/2023) |
| 09/25/2023 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT (1) and ISAAC STEVE STURGEON (2): It is hereby ORDERED that Motion 197 to Continue is DENIED. SO ORDERED by Judge Royce C. Lamberth on 09/25/2023 (lcrcl3) Modified to add defendants on 9/25/2023 (smc). (Entered: 09/25/2023) |
| 09/25/2023 | | MINUTE ORDER as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2): It is hereby ORDERED that the sentencing previously set for 09/26/2023 at 4:30 PM is RESET for 09/26/2023 at 4:00 PM in Courtroom 15 (in person) before Judge Royce C. Lamberth. SO ORDERED by Judge Royce C. Lamberth on 09/25/2023. (lcrcl3) (Entered: 09/25/2023) |
| 09/26/2023 | | Minute Entry for Sentencing held on 9/26/2023 before Judge Royce C. Lamberth as to ISAAC STEVE STURGEON (2): It is the judgment of the Court, the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months as to each Counts 1ss and 2ss, Sixty (60) months as to Count 3ss, Twelve (12) months as to each Counts 4ss through 6ss and Six (6) months as to Count 8ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385. Bond Status of Defendant: remains on Personal Recognizance/permitted to self–surrender. US Attorneys: Kaitlin Klamann and Courtney Howard. Defense Attorneys: Maria Jacob and Ned Smock. Character Witnesses: Mary Sturgeon and Steven Sturgeon. Probation Officer: Andre Wilson. Court Reporter: Sherry Lindsay. (smc) (Entered: 09/27/2023) |
| 09/28/2023 | 201 | JUDGMENT as to ISAAC STEVE STURGEON. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 9/28/2023. (zstd) (Entered: 09/28/2023) |
| 09/28/2023 | 202 | STATEMENT OF REASONS as to ISAAC STEVE STURGEON re 201 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 9/28/2023. (zstd) (Entered: 09/28/2023) |

| 10/04/2023 | 203 | NOTICE OF APPEAL – Final Judgment by ISAAC STEVE STURGEON Fee Status: No Fee Paid. Parties have been notified. (Jacob, Maria) (Entered: 10/04/2023) |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-cr-91 (RCL)** |
| **ISAAC STURGEON,** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          Isaac Sturgeon

**Name and address of appellant's attorney:**          Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18:1512(c)(2)and 2 ; Tampering With A Witness, Victim Or Informant; Obstruction of an Official Proceeding and Aiding and Abetting; 18:111(a)(1) Assaulting/Resisting/Impeding Officers/Employees; Assaulting, Resisting, or Impeding Certain Officers; 18:231(a)(3); Civil Disorder; Civil Disorder; 18:1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18:1752(a)(4); Temporary Residence Of The President; Engaging in Physical Violence in a Restricted Building or Grounds; 40:5104(e)(2)(F); Violent Entry And Disorderly Conduct On Capitol Grounds; Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings.

**Concise statement of judgment or order, giving date, and any sentence:**  Seventy-Two (72) months as to each Counts 1ss and 2ss, Sixty (60) months as to Count 3ss, Twelve (12) months as to each Counts 4ss through 6ss and Six (6) months as to Count 8ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty-Six (36) month term of supervised release as to each of Counts 1ss through 3ss and Twelve (12) months as to each of Counts 4ss through 6ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000, a fine in the amount of $2,000 and a special assessment in the amount of $100 for each of Counts 1ss through 3ss, $25 for each of Counts 4ss through 6ss and $10 for Count 8ss, for a total of $385

**Name of institution where now confined, if not on bail:**    Defendant remains on Personal Recognizance/permitted to self-surrender.

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**


October 4, 2023                                    Isaac Sturgeon_____
DATE                                                APPELLANT


CJA, NO FEE _____FPD_____            Maria Jacob_____
PAID USDC FEE __NO_____            ATTORNEY FOR APPELLANT
PAID USCA FEE __NO_____



Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| ISAAC STEVE STURGEON | Case Number: 21cr091-2 |
| | USM Number: 83885-053 |
| | Maria Jacobs and Edward Smock |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   1ss,2ss,3ss,4ss,5ss,6ss and 8ss of the Second Superseding Indictment filed on 11/10/2021.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1ss |

(cont.)

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/26/2023
Date of Imposition of Judgment

_Royce C. Lamberth_
Signature of Judge

Royce C. Lamberth, United States District Court Judge
Name and Title of Judge

9/29/23
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

| | Judgment—Page | 2 | of | 8 |

DEFENDANT:  ISAAC STEVE STURGEON
CASE NUMBER:  21cr091-2

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 111(a)(1) | Assaulting, Resisting or Impeding Certain Officers | 1/6/2021 | 2ss |
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 3ss |
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 4ss |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 5ss |
| 18 USC § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds | 1/6/2021 | 6ss |
| 40 USC § 5104(e)(2)(F) | Engaging in an Act of Physical Violence in the Grounds of Any of the Capitol Buildings | 1/6/2021 | 8ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page 3 of 8 |
|---|---|

DEFENDANT: ISAAC STEVE STURGEON
CASE NUMBER: 21cr091-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Seventy-Two (72) months on each of Counts 1ss and 2ss; Thirty-Six (36) months on Count 3ss; Six (6) months on each of Counts 4ss, 5ss and 6ss; Thirty (30) days on Count 8ss. All terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
the Defendant be placed at a facility closest to his residence in Dillon, Montana.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:  ISAAC STEVE STURGEON
CASE NUMBER:  21cr091-2

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-Six (36) months on Counts 1ss through 3ss; and Twelve (12) months on Counts 4ss through 6ss. All terms to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page   5   of   8

DEFENDANT: ISAAC STEVE STURGEON
CASE NUMBER: 21cr091-2

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation officer or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3D — Supervised Release

Judgment—Page   6   of   8

DEFENDANT:  ISAAC STEVE STURGEON
CASE NUMBER:  21cr091-2

## SPECIAL CONDITIONS OF SUPERVISION

Re-entry Progress Hearing - Within 60 days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 7 | of | 8 |

DEFENDANT: ISAAC STEVE STURGEON
CASE NUMBER: 21cr091-2

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 385.00 | $ 2,000.00 | $ 2,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payments shall be made to the Clerk of | | | |
| Court for the United States District Court, | | | |
| District of Columbia, for disbursement to the | | | |
| following victim: | | | |
| | | | |
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: ISAAC STEVE STURGEON
CASE NUMBER: 21cr091-2

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __4,385.00__ due immediately, balance due

      ☐ not later than _____ , or
      ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.