IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CR. NO. 21-91 (RCL)** |
| **ISAAC STURGEON** | ) | |

## MOTION TO AMEND JUDGMENT

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, Isaac Sturgeon, respectfully requests that the Court issue and amended Judgment recommending a different Bureau of Prison (BOP) designation. In support of this motion, counsel submits the following:

At the sentencing hearing held on September 26, 2023, the Court sentenced Mr. Sturgeon to 72 months' incarceration (among other penalties). *See* ECF No. 201. During the sentencing hearing, Mr. Sturgeon, through counsel, requested that the Court recommend a BOP facility "closest to his residence." *Id*. at 3. Upon further reflection, and because it appears there is no BOP facility near his home, Mr. Sturgeon respectfully requests that the Court amend the Judgment to reflect a recommendation that he be designated to FPC Yankton, SD, or FSL Elkton, OH.

Undersigned counsel has discussed this request with government counsel, who has no opposition to this motion.

For these reasons, Mr. Sturgeon respectfully requests that the Court enter an amended Judgment reflecting a specific recommendation for the above facilities.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500