UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC STEVE STURGEON.,<br><br>*Defendant.* | Case No. 1:21-cr-091-2 |

## ORDER

Upon consideration of the Defendant Mr. Sturgeon's Motion [207] to Amend Judgment,

It is **ORDERED** that Mr. Sturgeon's motion is **GRANTED** and the Judgment [201] as to Mr. Sturgeon is hereby amended such that the Court now recommends to the Bureau of Prisons that the Defendant be placed at either FPC Yankton, SD or FSL Elkton, OH.

**IT IS SO ORDERED.**

Date: 10/11/23

Royce C. Lamberth
United States District Judge