UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.    ) | No. 21-93 (RCL) |
| ) | |
| ISAAC STEVE STURGEON,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

## MOTION TO DELAY SELF-SURRENDER DATE

Defendant, Isaac Sturgeon, through counsel, respectfully requests that the Court order that his current self-surrender date of November 7, 2023, be delayed until after January 2, 2024, to allow him to finish handling his business affairs and in order to allow him to spend time with his family over the holiday season.

On September 26, 2023, Mr. Sturgeon was sentenced to 72 months' incarceration followed by 36 months' supervised release *See* ECF No. 201. He was also permitted to voluntarily self-surrender to serve his sentence.

Mr. Sturgeon has since received a self-report date of November 7, 2023, when he must report to serve his sentence at FCI Elkton in Ohio. However, Mr. Sturgeon is still in the process of handling several affairs that will not be completed prior to this date. First, Mr. Sturgeon's lawn care business still has approximately five - six weeks of scheduled orders/requests that must be completed before he transitions the business over to other individuals who plan to take over

1

while he is gone. Second, he will need to complete the billing and taxes necessary to ensure he meets his legal obligations with regards to the business tax filings. Third, it is important that Mr. Sturgeon finish his work and earn as much income as he can so that he can pay off the fines/restitution that the Court ordered be due immediately. *See* ECF No. 201. Mr. Sturgeon does not want to saddle his family with this debt while he is serving his sentence. Mr. Sturgeon also wants to be able to financially support his daughter to the extent that is possible with left over earnings from his business.

In addition, Mr. Sturgeon is still in the process of building his home and expects to complete the roof soon. However, he is still waiting for the insulation and metal to arrive and will not be able to finish building his home prior to November 7, 2023. Finishing his home will ensure he has a stable residence to return to when he finished with his sentence.



Furthermore, Mr. Sturgeon would like to celebrate Thanksgiving, Christmas, and New Year's before he must serve 6 years of incarceration in the

state of Ohio. Mr. Sturgeon has consistently shown the Court that he is not a flight risk and does not pose a danger to the community.

Lastly, Mr. Sturgeon intends to file a motion for bond pending appeal soon. Mr. Sturgeon requests that the Court grant this motion for the reasons already discussed above and until the Court has had the opportunity to hear the merits of a motion for bond pending appeal.

Mr. Sturgeon has conferred with government counsel, who advised that they oppose this request. Government counsel did not provide a reason for its opposition. Neither the government nor the public is prejudiced by this request and it would not have a basis to suggest that Mr. Sturgeon poses any danger to the public or is a risk of flight. In fact, the government has acquiesced to such requests in past cases and requests for delay of self-surrender are often granted for a variety of reasons. *See United States v. David Mish*, 21-cr-112 (CJN) (Court granted several month extension of self-surrender for work reasons); *United States v. Tommy Allan*, 21-cr-064 (CKK) (self-surrender extension granted due to medical reasons); *United States v. James Matthew Horning*, 21-cr-275 (ABJ) (self-surrender extension granted to allow defendant to get affairs in order after a storm caused damage to his home); *United States v. Nicholas Loukas*, 21-cr-434 (BAH), (defendant sentenced on December 10, 2021, and ordered to report after the holidays on January 3, 2022).

## **Conclusion**

For the above reasons, Mr. Sturgeon respectfully requests that the Court order that his self –surrender date of November 7, 2023, be extended until after January 2, 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org