# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 21-91 (RCL) |
| ) | |
| **ISAAC STEVE STURGEON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Motion to Delay Self-Surrender, it is on this _____ day of _____, 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current order to self-surrender issued to Isaac Sturgeon ordering him to report to FCI Elkton on November 7, 2023, be delayed until no sooner than January 2, 2024.

Dated _____, day of _____, 2023.

                                                                                Royce C. Lamberth
                                                                                Senior United States District Judge