UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC STURGEON,<br><br>Defendant. | Case No. 21-cr-91 (RCL) |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO EXTEND SELF-SURRENDER DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its opposition to defendant Sturgeon's Motion to Continue Self-Surrender Date. Dkt. Entry 213.

Defendant Sturgeon was charged by indictment on February 5, 2021. Dkt. Entry 3. After a bench trial in May 2023, this Court convicted defendant on seven charges in connection with his conduct on January 6, 2021. The sentencing hearing was initially scheduled for August 25, 2023. *See* 5/24/2023 Minute Entry. On defendant Sturgeon's request, the sentencing hearing was rescheduled to September 25, 2023. Dkt. Entry 173 and 7/5/2023 Minute Order. The sentencing was rescheduled again to September 26, 2023 to accommodate observance of religious holidays. Dkt. Entries 176 and 177. The day before the sentencing defendant Sturgeon filed an Emergency Motion to Continue the Sentencing for a third time. Dkt. Entry 197. The Court denied the emergency motion. *See* 9/25/2023 Minute Order. The sentencing took place on September 26, 2023 and Sturgeon was sentenced to 72 months of incarceration. Sturgeon was not detained after sentencing and, without government objection, was permitted to voluntarily self-surrender.

Sturgeon now asks the Court to delay his self-surrender date until after the New Year holiday, *i.e.* an additional two months beyond the currently scheduled surrender date. Sturgeon

1

gives four reasons for his request: (1) he needs to take care of his lawn care business; (2) he needs to earn as much income as he can before he serves his sentence; (3) he needs to finish building his house; and (4) he'd like to spend the holidays with his family. Dkt. Entry 213.

From the outset, the government notes that Sturgeon's criminal case has been pending for 33 months – a more than sufficient amount of time to get one's finances in order and to finish any construction projects. As set out above, many of the delays in the case were at Sturgeon's request. Further delay is unfair to the public, which has an interest in speedy justice just like criminal defendants do and would serve to undercut respect for the rule of law. The purposes behind criminal sentencing are "retribution, deterrence, incapacitation, and rehabilitation." *Tapia v. United States*, 131 S. Ct. 2382, 2387 (2011) ("[A] court must fashion a sentence 'to achieve the[se] purposes . . . to the extent that they are applicable' in a given case.") (quoting and citing 18 U.S.C. § 3551(a)).

Additionally, while spending holidays away from family is an unfortunate consequence of incarceration, as Judge Bates recently noted when denying a similar motion by same defense counsel in *United States v. Sheppard*, "this consideration alone does not justify delay. If it did, no defendant could be required to report from November to January." 21-CR-203, Dkt. Entry 115, at 2 (dated October 17, 2023). Judge Bates also found the cases cited by defense (identical to those cited here) to be inapposite, noting that instead, "they underscore the principle that timely reporting is the expectation and delay the exception, with the latter warranted only in the face of persuasive reasons." *Id.* at 3. Finally, Judge Bates noted that because the defendant was sentenced to a lengthy period of incarceration, temporary delay in self-surrender was not likely to facilitate his reentry after service of his sentence. *Id.* This is even more true here where Sturgeon has been sentenced to six years' incarceration.

For the reasons set out above, the government respectfully requests that the Court deny Sturgeon's Motion to Continue Self-Surrender.

Respectfully submitted,

MATTHEW D. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov

COURTNEY A. HOWARD
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
(202) 514-3130
Courtney.Howard2@usdoj.gov