UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC STEVE STURGEON,<br><br>*Defendant.* | Case No. 1:21-CR-91-2-RCL |

## ORDER

Upon consideration of the Motion to Delay Self-Surrender, the Government's Opposition, and Isaac Sturgeon's Reply thereto, and in light of the unique circumstances presented by Isaac Sturgeon needing to get his affairs in order as a sole proprietor, it is hereby

**ORDERED** that said motion be, and hereby is, **GRANTED**. It is further

**ORDERED** that the current order to self-surrender issued to Isaac Sturgeon ordering him to report to FCI Elkton on November 7, 2023 be delayed until no sooner than January 2, 2024.

**IT IS SO ORDERED.**

Date: 10/25/23

Royce C. Lamberth
United States District Judge

1