UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CRAIG BINGERT, *et al.*,

Defendants.

Case No. 1:21-cr-91-RCL

## ORDER

Before the Court are Defendant Mr. Sturgeon's Motion for Release Pending Appeal (ECF No. 241) and Defendant Mr. Bingert's Motion to Join, Adopt, and Conform to Mr. Sturgeon's Motion (ECF No. 244). It is hereby **ORDERED** that Mr. Bingert's Motion to join Mr. Sturgeon's Motion is **GRANTED**. However, upon consideration of Mr. Sturgeon's Motion, the Government's Opposition (ECF No. 246), and Mr. Sturgeon's Reply (ECF No. 247), as well as Mr. Bingert's Motion, Mr. Sturgeon's Motion for Release Pending Appeal is **DENIED** as to both Mr. Sturgeon and Mr. Bingert for the reasons well stated in the Government's Opposition. In the Court's view, it appears that the effect of any Supreme Court decision on the likely guideline range and sentence is not likely to be such that Mr. Sturgeon or Mr. Bingert would be released before the appeal is decided.

**IT IS SO ORDERED.**

Date: 12/22/23

Royce C. Lamberth
United States District Judge