# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3182**                                    **September Term, 2024**

**1:21-cr-00091-RCL-1**
**1:21-cr-00091-RCL-2**

**Filed On: February 3, 2025** [2098404]

United States of America,

        Appellee

    v.

Isaac Steve Sturgeon,

        Appellant

------------------------------

Consolidated with 23-3183

## M A N D A T E

In accordance with the order of February 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
        Selena R. Gancasz
        Deputy Clerk

Link to the order filed February 3, 2025