# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3182**　　　　　　　　　　　　　　　**September Term, 2024**

1:21-cr-00091-RCL-1
1:21-cr-00091-RCL-2

**Filed On:**  February 3, 2025

United States of America,

      Appellee

    v.

Isaac Steve Sturgeon,

      Appellant

------------------------------

Consolidated with 23-3183

    **BEFORE:**　　Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to vacate convictions and remand for dismissal, it is

**ORDERED** that the judgments of the district court be vacated and the cases be remanded with instructions to dismiss the cases as moot.  See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:　　/s/
          Selena R. Gancasz
          Deputy Clerk